UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04CV11073MLWASS

| | |
|---|---|
| D.F. PRAY, INC.<br>Plaintiff,<br><br>v.<br><br>TOWN OF SUNDERLAND, THE H.L.<br>TURNER GROUP, INC., SARA COOPER,<br>AND DANA KENNAN<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### ASSENTED TO MOTION OF THE DEFENDANT, THE H.L. TURNER GROUP, INC., TO ENLARGE THE TIME IN WHICH TO SERVE A RESPONSE TO THE COMPLAINT

The defendant, H.L. TURNER GROUP, INC., hereby moves that the time within which it be required to serve a response to the Complaint be enlarged through and including the end of the business day on June 11, 2004.

ASSENTED TO:

D.F. Pray, Inc.,                                    H.L. TURNER GROUP, INC.

By its Attorneys,                                By its Attorney,


_____        _____
Edward F. Vena, Esq., BBO #508660         David J. Hatem, Esq., PC, BBO #225700
Charles A. Plunkett, Esq., BBO #547714    DONOVAN HATEM LLP
Vena, Riley, Deptula, LLP                         Two Seaport Lane
250 Summer Street                                   Boston, MA 02210
Boston, MA 02210                                    (617) 406-4500
(617) 951-2400
Dated: 6/4/2004                                      Dated: 6/4/2004

00835861

*FILED IN CLERK'S OFFICE 2004 JUN -4 P 12: 15 U.S. DISTRICT COURT DISTRICT OF MASS.*

## CERTIFICATE OF SERVICE

I, David J. Hatem, Esq., PC hereby certify that on this 4th day of June 2004, I have given notice of the attached **Assented To Motion Of The Defendant, The H.L. Turner Group, Inc., To Enlarge The Time In Which To Serve A Response To The Complaint** by mailing copies thereof, postage prepaid to:

| | |
|---|---|
| Edward F. Vena, Esq. | Thomas W. McEnaney, Esq. |
| Charles A. Plunkett, Esq. | Kopelman and Paige, P.C. |
| Vena, Riley, Deptula, LLP | 31 St. James Avenue |
| 250 Summer Street | Boston, MA 02116-4102 |
| Boston, MA 02210 | |

David J. Hatem, Esq., PC

00835861