FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

2004 JUN 16  A 10: 30

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| D.F. PRAY, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: 04-CV-11073-MLW |
| ) | |
| TOWN OF SUNDERLAND, THE H.L. ) | |
| TURNER GROUP, INC., SARA COOPER, ) | |
| AND DANA KENNAN, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

Please enter the appearance of Lee M. Holland, Esq. as attorney for the defendant, H.L. TURNER GROUP, INC., in connection with the above-entitled action.

Respectfully submitted,

H.L. TURNER GROUP, INC.
By its attorneys,

_____
David J. Hatem, Esq., PC, BBO #225700
Lee M. Holland, Esq. BBO # 650617
DONOVAN HATEM LLP
Two Seaport Lane
Boston, MA 02210
(617) 406-4500

Date: May 16, 2004

00835208.14352.254.1.MH

## CERTIFICATE OF SERVICE

I, Lee M. Holland, Esq. hereby certify that on this 16th day of May 2004, I served the foregoing **NOTICE OF APPEARANCE** by mailing copies thereof, postage prepaid to:

Edward F. Vena, Esq.
Charles A. Plunkett, Esq.
Vena, Riley, Deptula, LLP
250 Summer Street
Boston, MA 02210

Thomas W. McEnaney, Esq.
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116-4102

_____
Lee M. Holland, Esq.

00835208.14352.254.LMH