UNITES STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS



D.F. PRAY, INC.,

    Plaintiff,

v.

TOWN OF SUNDERLAND,

THE H.L. TURNER GROUP, INC.,

SARA COOPER,

DANA KENNAN,

    Defendants.

C.A. No. 04-CV-11073-MLW

### D.F. PRAY'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

D.F. Pray, Inc. has no parent corporation, and no publicly held corporation owns any of its stock.

                        Respectfully submitted,

                        D.F. Pray, Inc.,
                        By its attorneys,

                        _____
                        Edward F. Vena, BBO #508660
                        John Pagliaro, BBO #634483
                        VENA, RILEY, DEPTULA, LLP
                        250 Summer Street
                        Boston, MA 02210

Dated: June 21, 2004            Tel: (617) 951-2400

### CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2004 I served a true and accurate copy of the herein document by first class mail, post paid, on the attorney of record for each other party.

                        _____
                        John Pagliaro, BBO No. 634483