

UNITES STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| D.F. PRAY, INC.,<br><br>      Plaintiff,<br><br>v.<br><br>TOWN OF SUNDERLAND,<br><br>THE H.L. TURNER GROUP, INC.,<br><br>SARA COOPER, and<br><br>DANA KENNAN,<br><br>      Defendants. | C.A. No. 04-CV-11073-MLW |

### D.F. PRAY'S REPLY TO THE COUNTERCLAIMS
### OF THE TOWN OF SUNDERLAND

D.F. Pray, Inc. ("Pray") herewith submits its reply to the counterclaims of the Town of Sunderland ("Sunderland").

### COUNTERCLAIM

1.    Admitted that Sunderland is a municipal corporation. Answering further, Pray responds that it is without knowledge or information sufficient to form a belief as to the truth of the rest of the allegations in Paragraph 1.

2.    Admitted.

3.    Admitted.

4.    Pray responds that the contract speaks for itself.

5.    Pray responds that the contract speaks for itself.

6.    Denied.

7.    Denied.

8.    Pray responds that the contract speaks for itself.

9.    Pray responds that the contract speaks for itself.

10. Denied.

11. Pray responds that the contract speaks for itself.

12. Denied.

13. Pray responds that the contract speaks for itself.

14. Admitted.

15. Denied.

16. Pray responds that the contract speaks for itself.

17. Denied.

18. Denied.

## COUNT I
### (Breach Of Contract)

19. Pray repeats and incorporates by reference its preceding responses as if they were set forth here in full.

20. Pray responds that the contract speaks for itself.

21. Pray responds that the contract speaks for itself.

22. Pray responds that the contract speaks for itself.

23. Pray responds that the contract speaks for itself.

24. Pray responds that the contract speaks for itself.

25. Denied.

26. Denied.

## COUNT II
### (G.L. c. 93A)

27. Pray repeats and incorporates by reference its preceding responses as if they were set forth here in full.

28. Admitted.

29. Denied.

30. Denied.

31. Denied.

32. Denied.

33. Pray responds that the contract speaks for itself.

34. Admitted.

35. Denied.

36. Denied.

37. Denied.

38. Denied.

39. Denied.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense
The Counterclaims fail to state a claim upon which relief may be granted.

### Second Affirmative Defense
Sunderland's damages, if any, are reduced or eliminated by Pray's right to damages from Sunderland.

### Third Affirmative Defense
Sunderland is in prior material breach of its contract with Pray and therefore cannot claim on the contract.

### Fourth Affirmative Defense
The damages Sunderland seeks to recover are the result of acts and/or omissions of other parties over whom Pray has no control and for whom Pray is not responsible.

### Fifth Affirmative Defense
Sunderland's claims are barred by its own fraud or illegality

                                      Respectfully submitted,

                                      D.F. PRAY, INC.,
                                      By its attorneys,

                                      Edward F. Vena, BBO #508660
                                      John Pagliaro, BBO #634483
                                      VENA, RILEY, DEPTULA, LLP
                                      250 Summer Street
                                      Boston, MA 02210
Dated: June 21, 2004                  Tel: (617) 951-2400

## CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2004 I served a true and accurate copy of the herein pleading by first class mail, post paid, on the attorney of record for each other party.

                                      John Pagliaro, BBO No. 634483