UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| D.F. PRAY, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>) CIVIL ACTION NO.: 04-CV-11073-MLW<br>TOWN OF SUNDERLAND, THE H.L. )<br>TURNER GROUP, INC., SARA COOPER, )<br>AND DANA KENNAN, )<br>)<br>Defendants. )<br>_____) | |

### NOTICE OF WITHDRAWAL OF LEE M. HOLLAND

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please withdraw the appearance of only Lee M. Holland, Esquire, as counsel for the defendant The H.L. Turner Group, Inc. in the above-entitled matter. The firm of Donovan Hatem LLP and David J. Hatem, Esquire remain as counsel for said defendant.

Respectfully submitted,

H.L. TURNER GROUP, INC.
By its attorneys,

David J. Hatem, Esq., PC, BBO #225700
Lee M. Holland, Esq. BBO # 650617
DONOVAN HATEM LLP
Two Seaport Lane
Boston, MA 02210
(617) 406-4500

Date: July 23, 2004

0084970514352.254.LMH

## CERTIFICATE OF SERVICE

I, Lee M. Holland, Esq. hereby certify that on this 23rd day of July 2004, I served the foregoing **NOTICE OF WITHDRAWAL** by mailing copies thereof, postage prepaid to:

Edward F. Vena, Esq.
Charles A. Plunkett, Esq.
Vena, Riley, Deptula, LLP
250 Summer Street
Boston, MA 02210

Thomas W. McEnaney, Esq.
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116-4102

_____
Lee M. Holland, Esq.

00849705.14352.254.LMH