UNITES STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2004 JUL 29 A 11: 16
U.S. DISTRICT COURT
DISTRICT OF MASS

D.F. PRAY, INC.,
Plaintiff,

v.

TOWN OF SUNDERLAND,THE H.L. TURNER GROUP, INC.,SARA COOPER,DANA KENNAN,
Defendants.

C.A. No. 04-CV-11073-MLW

**PLAINTIFF D.F. PRAY, INC.'S MOTION FOR LEAVE TO AMEND COMPLAINT**

NOW COMES THE PLAINTIFF, D.F. Pray, Inc. (hereinafter "Pray") and hereby moves this Honorable Court for leave to Amend its Complaint it has filed against Defendants, Town of Sunderland (hereinafter "Sunderland"), The H.L. Turner Group Inc., (hereinafter "Turner"), Sara Cooper (hereinafter "Cooper"), and Dana Kennan (hereinafter "Kennan").

1. On May 3, 2004, Kennedy filed this cause of action against Defendants.

2. On May 24, 2004, the Defendants, pursuant to the provisions of 28 U.S.C. §§1441, 1446 filed notice of removal of this cause of action to the United States District Court, District of Massachusetts.

3. On June 1, 2004, Sunderland, Cooper and Kennan, filed their answer and counterclaim.

4. On June 11, 2004, Defendant, H.L. Turner, filed its answer and jury demand.

5. On June 21, 2004, Pray filed its reply to Defendants', Sunderland, Cooper and Kennan, counterclaim.

6. Pray now seeks to assert a claim against Defendants, Sunderland, Kennan, and Cooper, for violation of the First and Fourteenth Amendments of the United States Constitution; retaliation for exercising its right of access to the courts.

The motion should be granted because:

(i.) the amendment to the Complaint is proposed at an early stage of litigation, before any substantive discovery has been done;

(ii.) the additional claims all arise naturally from the same facts as the original Complaint;

(iii.) none of the Defendants would be prejudiced in making a defense to the new claims; and

(iv.) the amendment is not proposed in bad faith or for the purpose of delay.

WHEREFORE, for these reasons and for the additional reasons set forth in Pray's supporting memorandum, the Court should grant this motion. A copy of the proposed Amended Complaint is attached hereto as Exhibit 1.

Respectfully submitted,
D.F.PRAY, INC.
By its attorneys,

Edward F. Vena, BBO No. 508660
Sabatino F. Leo, BBO No. 642302
VENA, RILEY, DEPTULA, LLP
250 Summer Street
Boston, MA 02210
(617) 951-2400

Date: July 27, 2004

**CERTIFICATE OF SERVICE**

I, Sabatino F. Leo hereby certify that on this 28th day of July 2004, I served a copy of Plaintiff's Motion for Leave to Amend Complaint, via U.S. mail, in a properly addressed, postage paid envelope to:

Thomas W. McEnaney, Esq.
David C. Jenkins, Esq.
Kopelman & Paige, P.C.
31 St. James Avenue
Boston, MA 02116-4102

David J. Hatem, Esq.
Lee M. Holland, Esq.
Donovan Hatem LLP
Two Seaport Lane
Boston, MA 02110

Sabatino F. Leo