UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-11073-MLW

| | |
|---|---|
| D.F. PRAY, INC.,<br><br>    Plaintiff<br><br>v.<br><br>TOWN OF SUNDERLAND, THE H.L. TURNER GROUP, INC., SARA COOPER, and DANA KENNAN,<br><br>    Defendants | ASSENTED-TO MOTION<br>TO EXTEND TIME TO FILE<br>OPPOSITION TO PLAINTIFF'S MOTION<br>FOR LEAVE TO AMEND COMPLAINT |

Now come the Defendants, Town of Sunderland, Sara Cooper and Dana Kennan (collectively, the "Town"), and hereby move for an extension of time to August 27, 2004 for the Town to file an opposition to Plaintiff's Motion for Leave to Amend Complaint. As grounds for this motion, the Town submits that its counsel, Thomas W. McEnaney, Esq., was out of the office during the week of August 2, 2004 due to the birth of his first child, and Jonathan M. Silverstein, Esq. is on vacation. The Town further states that no party will be unfairly prejudiced by the allowance of this motion. Finally, counsel for the Plaintiff, Sabatino F. Leo, Esq., has indicated his assent to the motion.

WHEREFORE, the Defendants, Town of Sunderland, Sara Cooper and Dana Kennan, respectfully request that the Court grant this Motion to Extend Time to File Opposition to Plaintiff's Motion for Leave to Amend Complaint as stated above.

TOWN OF SUNDERLAND, SARA
COOPER, AND DANA KENNAN,

By their attorneys,

_____
Jonathan M. Silverstein (BBO# 630431)
Thomas W. McEnaney (BBO# 629130)
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

ASSENTED TO:
D.F. PRAY, INC.

By its attorneys,

_____
Edward F. Vena (BBO #508660)
Sabatino F. Leo (BBO #642302)
Vena, Riley, Deptula, LLP
250 Summer Street
Boston, MA 02210

227891/SUND/0012

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the
above document was served upon the
attorney of record for each other party
by mail/hand on _____