UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| D.F. PRAY, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>) <br>TOWN OF SUNDERLAND, THE H.L. )<br>TURNER GROUP, INC., SARA COOPER, )<br>AND DANA KENNAN, )<br>)<br>Defendants. )<br>) | CIVIL ACTION NO.: 04-CV-11073-MLW |

**THE H.L. TURNER GROUP, INC.'S, RULE 7.1**
**CORPORATE DISCLOSURE STATEMENT**

The H.L. Turner Group, Inc., has no parent corporation, and no publicly held corporation owns any of its stock.

Respectfully submitted,
H.L. TURNER GROUP, INC.
By its attorneys,

_____
David J. Hatem, PC, BBO #225700
Warren D. Hutchison, BBO # 246150
DONOVAN HATEM LLP
Two Seaport Lane
Boston, MA 02210
(617) 406-4500

Date: August 13, 2004

## CERTIFICATE OF SERVICE

    I, Warren D. Hutchison, hereby certify that on this 13th day of August 2004, I served the foregoing the H.L. Turner Group, Inc.'s, Rule 7.1 Corporate Disclosure Statement by mailing copies thereof, postage prepaid to:

Edward F. Vena, Esq.
Charles A. Plunkett, Esq.
Vena, Riley, Deptula, LLP
250 Summer Street
Boston, MA 02210

Thomas W. McEnaney, Esq.
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116-4102

                                              _____
                                              Warren D. Hutchison

00852829