UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| D.F. PRAY, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: 04-CV-11073-MLW |
| ) | |
| TOWN OF SUNDERLAND, THE H.L. ) | |
| TURNER GROUP, INC., SARA COOPER, ) | |
| AND DANA KENNAN, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance on behalf defendant, THE H.L. TURNER GROUP, INC., in the above-entitled action.

Respectfully submitted,
H.L. TURNER GROUP, INC.
By its attorney,

Warren D. Hutchison, BBO # 246150
DONOVAN HATEM LLP
Two Seaport Lane
Boston, MA 02210
(617) 406-4500

Date: August 13, 2004

## CERTIFICATE OF SERVICE

I, Warren D. Hutchison, hereby certify that on this 13th day of August 2004, I served the foregoing Notice of Appearance for defendant The H.L. Turner Group, Inc., by mailing copies thereof, postage prepaid to:

Edward F. Vena, Esq.
Charles A. Plunkett, Esq.
Vena, Riley, Deptula, LLP
250 Summer Street
Boston, MA 02210

Thomas W. McEnaney, Esq.
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116-4102

_____
Warren D. Hutchison

00854013