UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-11073-MLW

| | |
|---|---|
| D.F. PRAY, INC.,<br><br>    Plaintiff<br><br>v.<br><br>TOWN OF SUNDERLAND, THE H.L. TURNER GROUP, INC., SARA COOPER, and DANA KENNAN,<br><br>    Defendants | ASSENTED-TO MOTION FOR LEAVE OF COURT TO FILE ADDITIONAL PAPERS PURSUANT TO LOCAL RULE 7.1(B)(3) |

    Now comes the Plaintiff, D.F. Pray, (hereinafter "Pray") and hereby moves this honorable court for leave to file a reply brief in opposition to Defendants, Town of Sunderland, Sara Cooper, and Dana Kennan ( hereinafter "Town") Memorandum in Opposition to Plaintiff's Motion for Leave to Amend Complaint and to allow the Town to file a reply to Plaintiff's reply brief. Plaintiff submits this motion pursuant to Local Rule 7.1(B)(3).

    As grounds for this motion, Pray submits that in the interests of justice it be allowed to respond to matters set forth in Defendants memorandum that are critical to Plaintiff's cause of action. Plaintiff further states that no party will be unfairly prejudiced by the allowance of this motion. Plaintiff further agrees and assents to the allowance of the Town to file a reply to Plaintiff's reply brief. Plaintiff asserts a reasonable time for filing its brief to be September 13, 2004 and for Town's reply to Plaintiff's reply brief by October 1, 2004. Finally, counsel for the Town, Thomas McEnaney Esq., has indicated his assent to this motion.

WHEREFORE, the Plaintiff, D.F. Pray, respectfully requests that the Court grant this Motion for Leave of Court to File Additional Papers pursuant to Local Rule 7.1(B)(3).

          D.F. PRAY, INC.

          By its attorneys,

          /s/ Sabatino F. Leo
          Edward F. Vena (BBO #508660)
          Sabatino F. Leo (BBO #642302)
          Vena, Riley, Deptula, LLP
          250 Summer Street
          Boston, MA 02210
          (617) 951-2400

ASSENTED TO:
TOWN OF SUNDERLAND, SARA COOPER, AND DANA KENNAN,

By their attorneys,

/s/ Thomas W. McEnaney
Jonathan M. Silverstein (BBO# 630431)
Thomas W. McEnaney (BBO# 629130)
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116
(617) 556-0007