UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-11073 MLW

D.F. PRAY, INC.,

      Plaintiff

v.

TOWN OF SUNDERLAND, THE H.L.
TURNER GROUP, INC., SARA COOPER,
and DANA KENNAN,

      Defendant

MUNICIPAL DEFENDANTS' MOTION
FOR JUDGMENT ON THE PLEADINGS

Now come the defendants, Town of Sunderland, Sara Cooper and Dana Kennan

(collectively the "Municipal Defendants"), and hereby move, pursuant to Fed. R. Civ. P.

12(c), for judgment on the pleadings dismissing with prejudice plaintiffs' federal claims

(Counts XI, XII and XIII), and dismissing for want of pendent jurisdiction plaintiff's

remaining state law claims. As grounds therefor, the Municipal Defendants state that the

plaintiff has failed to plead a cognizable federal claim, and that this Court should

therefore decline to exercise jurisdiction over the plaintiff's pendent state law claims. The

Municipal Defendants further rely upon the attached Memorandum of Law.

WHEREFORE, the defendants, Town of Sunderland, Sara Cooper and Dana Kennan, request that judgment on the pleadings enter dismissing Counts XI, XII and XIII with prejudice, and dismissing the remaining state law claims for want of jurisdiction.

TOWN OF SUNDERLAND,
SARA COOPER and DANA
KENNAN,
By their attorneys,

Jonathan M. Silverstein (BBO# 630431)
Thomas W. McEnaney (BBO# 629130)
Kopelman and Paige, P.C.
  Town Counsel
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

229723/SUND/0012

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by (hand) (mail) on _11/19/04_