UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-11073 MLW

| | |
|---|---|
| D.F. PRAY, INC.,<br><br>Plaintiff<br><br>v.<br><br>TOWN OF SUNDERLAND, THE H.L. TURNER GROUP, INC., SARA COOPER, and DANA KENNAN,<br><br>Defendant | LOCAL RULE 7.1(A)(2)<br>CERTIFICATE OF COMPLIANCE |

Now comes the undersigned defense counsel, and hereby certifies that on November 19, 2004, he conferred, via telephone, with counsel for plaintiff D.F. Pray, Inc. in a good faith effort to resolve or narrow the issues set forth in Municipal Defendants' Motion for Judgment on the Pleadings.

Thomas W. McEnaney (BBO #629130)
Kopelman and Paige, P.C.
Town Counsel
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

229737/SUND/0012

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by (hand)(mail) on 11/22/04