UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| D.F. PRAY, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>TOWN OF SUNDERLAND, THE H.L. TURNER GROUP, INC., SARA COOPER, and DANA KENNAN,<br><br>    Defendants. | C.A. No. 04-CV-11073-MLW |

### EMERGENCY MOTION
### TO ENLARGE TIME FOR FILING RESPONSE TO DEFENDANTS, TOWN OF SUNDERLAND'S, SARA COOPER'S AND DANA KENNAN'S MOTION FOR JUDGMENT ON THE PLEADINGS

Now comes the Plaintiff, D.F. Pray, (hereinafter "Pray") and hereby moves this Honorable Court to Enlarge the Time for Filing a Response to Defendants, Town of Sunderland's, Sara Cooper's and Dana Kennan's (collectively "Town") Motion for Judgment on the Pleadings.

On May 5, 2004, Plaintiff filed a Complaint in the Massachusetts Superior Court and the matter was removed to the United States District Court, District of Massachusetts, on May 24, 2004. On November 19, 2004, Town filed its Motion for Judgment on the Pleadings and Pray now moves for an enlargement of time to file its response. The time for filing a response to Town's motion is December 3, 2004 and Pray hereby requests an extension of time until Friday, December 24, 2004. In support of this motion, Pray states the following:

1. The time for service of its reply, December 3, 2004, to Town's motion has not yet expired;

2. This is the first request for an extension of time submitted by Pray;

3. This motion contains complex issues, requiring more time than present counsel has remaining within which to formulate a response; specifically, Town moves for the dismissal of Counts XI, XII and XIII of the Complaint and further moves to dismiss all remaining state law claims for want of pendent jurisdiction;

4. Counsel for Pray has matters that have been previously scheduled requiring attendance and preventing Counsel for Pray from responding to Town's motion within the time prescribed;

5. As stated in the attached Local Rule 7.1 certificate of compliance, Counsel for Pray has conferred with Town's counsel and requested an extension of time until December 24, 2004, Counsel for Town has rejected said request necessitating the filing of this Emergency Motion;

6. No party will be prejudiced by the allowance of this motion.

WHEREFORE, the Plaintiff, D.F. Pray, moves that this Honorable Court enlarge the period to serve its response until Friday, December 24, 2004.

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by (hand)(mail) on _____
30 Nov 2004

Respectfully submitted,
D.F. PRAY, INC.
By its attorneys,

//s// Sabatino F. Leo
Edward F. Vena, BBO No. 508660
Sabatino F. Leo, BBO No. 642302
VENA, RILEY, DEPTULA, LLP
250 Summer Street
Boston, MA 02210
(617) 951-2400

Date: November 29, 2004