UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2004 NOV 30 P 12: 57

DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| D.F. PRAY, INC., <br><br> Plaintiff, <br><br> v. <br><br> TOWN OF SUNDERLAND, THE H.L. TURNER GROUP, INC., SARA COOPER, and DANA KENNAN, <br><br> Defendants. | C.A. No. 04-CV-11073-MLW |

**LOCAL RULE 7.1(A)(2) CERTIFICATE OF COMPLIANCE**

Now comes counsel for the Plaintiff, D.F. Pray, Inc., and hereby certifies that on November 29, 2004, counsel for the Plaintiff conferred with counsel for Defendants, Town of Sunderland, Sara Cooper and Dana Kennan (collectively "Town"), in an effort, in good faith, to narrow or resolve the issues set forth in the accompanying Emergency Motion to Enlarge Time for Filing a Response to Defendants, Town's Motion for Judgment on the Pleadings.

Respectfully submitted,
D.F. PRAY, INC.
By its attorneys,

//s// Sabatino F. Leo
Edward F. Vena, BBO No. 508660
Sabatino F. Leo, BBO No. 642302
VENA, RILEY, DEPTULA, LLP
250 Summer Street
Boston, MA 02210
(617) 951-2400

Date: November 29, 2004