UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

D.F. PRAY, INC.

                    Plaintiff              CIVIL ACTION

                                           NO. 04-11073-MLW

          V.

TOWN OF SUNDERLAND et al

                    Defendants


CANCELLATION/RESCHEDULING NOTICE


WOLF, D.J.


   PLEASE TAKE NOTICE that the 16b SCHEDULING CONFERENCE previously

scheduled for **DECEMBER 20, 2004 at 2:30 p.m.** has been CANCELLED.


                                   TONY ANASTAS, CLERK


December 6, 2004              By: /s/ Dennis O'Leary
Date                          Deputy Clerk

Notice mailed to:

(notice.frm - 10/96)                              [ntchrgcnf.]