UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-11073 MLW

| | |
|---|---|
| D.F. PRAY, INC.,<br><br>    Plaintiff<br><br>v.<br><br>TOWN OF SUNDERLAND, THE H.L. TURNER GROUP, INC., SARA COOPER, and DANA KENNAN,<br><br>    Defendants | MUNICIPAL DEFENDANTS' VOLUNTARY DISCLOSURE PURSUANT TO FED. R. CIV. P. 26(a)(1)(A), (B), (C) AND (D) |

Now come the defendants, Town of Sunderland, Sara Cooper and Dana Kennan (collectively "Municipal Defendants") in the above-captioned matter, pursuant to Fed.R.Civ.P. 26(a)(1)(A), (B) and (D) respectively, and hereby disclose the identities of individuals likely to have discoverable information that the defendant may use to support its defenses, as well as documents, data compilations and tangible things in its possession, custody and control that the defendant may use for that purpose.

    A.    Disclosure Pursuant To Fed.R.Civ.P. 26(a)(1)(A)

        1.    Municipal Defendants, through their authorized agents and officers, including but not limited to:

           Members of the Board of Selectmen
           Sunderland Town Hall
           12 School Street
           Sunderland, MA 01375

           Mr. Dana Kennan
           Town Administrator
           Sunderland Town Hall
           12 School Street
           Sunderland, MA 01375

Ms. Sara Cooper
Town Accountant
Sunderland Town Hall
12 School Street
Sunderland, MA 01375

D.F. Pray, Inc.
25 Anthony Street
Seekonk, MA 02271

Mr. Loren Belida
H.L. Turner Group, Inc.
27 Locke Road
Concord, NH 03301

Mr. Scott W. Pray
D.F. Pray, Inc.
25 Anthony Street
Seekonk, MA 02271

Mr. Ronald H. Laprise
D.F. Pray, Inc.
25 Anthony Street
Seekonk, MA 02271

Mr. Erik Wight
Building Inspector
Sunderland Town Hall
12 School Street
Sunderland, MA 01375

The Municipal Defendants anticipate that the above-listed witnesses have knowledge of the contract documents, project history, construction schedule, status of punch list, project design, change orders and construction change directives, project funding, claims for additional compensation requested by plaintiff, the Town's position concerning the plaintiff's claims for additional compensation, the Town's claims and damages.

B.   Disclosure Pursuant To Fed.R.Civ.P.26(a)(1)(B)

The Town has made all of its public records relating to the Sunderland Elementary School Project available for inspection by plaintiff's counsel. The documents, which are too

voluminous to list separately, include project plans, specifications, change orders, contracts, correspondence, meeting minutes, payment requisitions and all other non-privileged public records relating to this matter.

C. <u>Disclosure Pursuant To Fed.R.Civ.P.26(a)(1)(C)</u>

The Town claims damages in the amounts specified herein. The Town will make all of its public records relating to the Town's damages on the Sunderland Elementary School Project available for inspection by plaintiff's counsel.

1. <u>Compensatory Damages</u>

The Town seeks the following compensatory damages from the plaintiff/defendant-in-counterclaim, D.F. Pray, Inc.:

| | |
|---|---|
| Incomplete/warranty work: | $50,250.00 |
| Additional design/project management costs: | $30,000.00 estimated |
| Liquidated Damages: | <u>$118,000.00</u> |
| Total: | $198,250.00 |

The Town reserves the right to amend this disclosure as its damages continue to accrue.

2. <u>Legal Costs</u>

The Town seeks compensation for its reasonable costs and expenses, including legal fees, incurred relative to this matter.

3. <u>Punitive Damages</u>

The Town seeks treble damages pursuant to G.L. c.93A.

The Town reserves the right to amend this disclosure as more information becomes available during discovery.

D. <u>Disclosure Pursuant to Fed.R.Civ.P.26(a)(1)(D)</u>

3

A copy of the Town's general liability and public officials liability policies are attached hereto. Please note that coverage has been denied.

TOWN OF SUNDERLAND
By its attorneys,

Jonathan M. Silverstein (BBO# 630431)
Thomas W. McEnaney (BBO #629130)
Kopelman and Paige, P.C.
 Town Counsel
31 St. James Avenue
Boston, MA  02116
(617) 556-0007

229153/SUND/0012

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by (hand)(mail) on 12/3/04

4