FILED
CLERK'S OFFICE

2004 DEC 23 P 1: 13

U.S. DISTRICT COURT
DISTRICT OF MASS

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO. 04-CV-11073-MLW

|  |  |
|---|---|
| D.F. PRAY, INC., | ) |
| Plaintiff | ) |
| v. | ) |
| TOWN OF SUNDERLAND, THE H.L. TURNER GROUP, INC., SARA COOPER and DANA KENNAN, | ) |
| Defendants | ) |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE BRIEF IN EXCESS OF TWENTY PAGES**

Now Comes the Plaintiff, D.F. Pray, Inc. (hereinafter "Pray"), and hereby moves this Honorable Court for leave to file a brief, in excess of twenty (20) pages, in Opposition to Defendant's, Town of Sunderland, Sara Cooper and Dana Kennan (collectively referred to as "Sunderland"), Motion for Judgment on the Pleadings. As grounds therefor Pray states the following:

On May 24, 2004, Sunderland filed a Written Notice of Removal to Federal Court pursuant to 28 U.S.C. §1446. On June 1, 2004, Sunderland filed its answer to the Complaint and asserted counterclaims against Pray. Pray answered the counterclaims. On November 19, 2004, Sunderland filed its

Motion for Judgment on the Pleadings as to Count XI, Count XII and Count XIII of the Complaint. In order to reasonably address all the issues raised by Sunderland, Pray respectfully requests leave to file its opposition brief in excess of twenty (20) pages. Further, Pray submits that in the interests of justice it be allowed to respond to matters set forth in Sunderland's brief that are critical to Pray. Pray further states that no party will be unfairly prejudiced by the allowance of this motion.

WHEREFORE, Pray respectfully requests this Honorable Court grant leave to file a brief, in excess of twenty (20) pages, in Opposition to Defendant's, Sunderland's, Motion for Judgment on the Pleadings.

Respectfully submitted,
D.F. PRAY, INC.
By its attorneys,

_____
Edward P. Vena, (BBO# 508660)
Sabatino F. Leo, (BBO# 642302)
VENA, RILEY, DEPTULA, LLP
250 Summer Street
Boston, MA 02210
(617) 951-2400

Date: 23 DECEMBER 2004