UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| D.F. PRAY, INC., <br><br>　　　Plaintiff, <br><br> v. <br><br> TOWN OF SUNDERLAND, THE H.L. TURNER GROUP, INC., SARA COOPER, and DANA KENNAN, <br><br>　　　Defendants. | C.A. No. 04-CV-11073-MLW |

## LOCAL RULE 7.1(A)(2) CERTIFICATE OF COMPLIANCE

Now comes counsel for the Plaintiff, D.F. Pray, Inc., and hereby certifies that counsel for the Plaintiff conferred with counsel for Defendants, Town of Sunderland, Sara Cooper and Dana Kennan (collectively referred to as "Sunderland"), in an effort, in good faith, to narrow or resolve the issues set forth in the accompanying Motion for Leave to file a brief in excess of twenty (20) pages, in Opposition to Sunderland's Motion for Judgment on the Pleadings.

　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　D.F. PRAY, INC.
　　　　　　　　　　　　　　　　　　By its attorneys,

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Edward F. Vena, BBO No. 508660
　　　　　　　　　　　　　　　　　　Sabatino F. Leo, BBO No. 642302
　　　　　　　　　　　　　　　　　　VENA, RILEY, DEPTULA, LLP
　　　　　　　　　　　　　　　　　　250 Summer Street
　　　　　　　　　　　　　　　　　　Boston, MA 02210
　　　　　　　　　　　　　　　　　　(617) 951-2400

Date: December 23, 2004