# TOWN ACCOUNTANT
TOWN OF SUNDERLAND MASSACHUSETTS
Town Offices   12 School Street   Sunderland, MA 01375
Office: (413) 665-1443   FAX: (413) 665-1446



August 25, 2003

- I hereby certify that at the Sunderland Special Town Meeting dated April 25, 2003, Article #2, to borrow $4,100,000.00 to rehabilitate, reconstruct, construct and pay any other expenses associated with the repair of the Sunderland Elementary School, was passed by a 2/3 vote. Change orders shall not in aggregate exceed $4,100,000.00.

*Sara Cooper* (signature)

Sara.Cooper, Town Accountant