**Exhibit C**

3   HSP                                                                   165085

U.S. Department of Justice
Drug Enforcement Administration

Read Instructions on Reverse before completing

**REPORT OF DRUG PROPERTY COLLECTED, PURCHASED OR SEIZED**

1. HOW OBTAINED (Check):
   - [ ] Purchase
   - [ ] Seizure
   - [ ] Free Sample
   - [ ] Lab. Seizure
   - [ ] Money Flashed
   - [ ] Compliance Sample (Non-Criminal)
   - [X] Internal Body Carry
   - [ ] Other (Specify)

| 2a. FILE NO. | 2b. PROGRAM CODE | 3. G-DEP ID |
|---|---|---|
| B013HE04B00047 | | |

| 4a. WHERE OBTAINED (City, State/Country) | 4b. DATE OBTAINED | 5. FILE TITLE |
|---|---|---|
| Logan Int. Boston, MA  0443 | May 21, 2004 | YVELISSE GONZALEZ - RODRIGUEZ |

| 6a. REFERRING AGENCY (Name) | 6b. REFERRAL | 7. DATE PREPARED | 8. GROUP NO. |
|---|---|---|---|
| I.C.E | [X] Case No. OR [ ] Seizure No.  No. B013HE04B00047 | May 24, 2004 | |

| 9. Exhibit No. | 10. FDIN (8 characters) | 11. ALLEGED DRUGS | 12. MARKS OR LABELS (Describe fully) | APPROX. GROSS QUANTITY | | 15. Purchase Cost |
|---|---|---|---|---|---|---|
| | | | | 13. Seized | 14. Submitted | |
| 1 | 2004994387 | heroin | none | 740 g w/bag | 740 g w/bag | |

16. WAS ORIGINAL CONTAINER SUBMITTED SEPARATE FROM DRUG? [ ] NO (included above)  [X] YES (if Yes, enter exhibit no. and describe original container fully)

REMARKS: On May 21, 2004 Yvelisse Gonzalez-Rodriguez arrived at Logan Airport in Boston, MA on Air Jamaica Flight 0049. During routine secondary inspection, inspectors suspected Gonzalez of being an internal courier. Gonzalez signed an x-ray consent form. A subsequent x-ray revealed foreign bodies in Gonzalez's abdomen.

17. SUBMITTED BY SPECIAL AGENT (Signature): S/A Eric LaForte
18. APPROVED BY (Signature & Title): G/S James P. _____

**LABORATORY EVIDENCE RECEIPT REPORT**

19. NO. PACKAGES: 1
20. RECEIVED FROM (Signature & Date): DEA 84-672335
21. Print or Type NAME and TITLE:
22. SEAL: [ ] Broken  [ ] Unbroken
23. RECEIVED BY (Signature & Date): 5/26/04
24. Print or Type NAME and TITLE: ____ MIKO  ET
LSP 06/10/04

**LABORATORY REPORT**

25. ANALYSIS SUMMARY AND REMARKS:

Exhibit #1 contains heroin hydrochloride, lidocaine (salt form undetermined), and caffeine.

   Gross Wt. = 778.0 g

   Net Wt.   = 585.3 g

* 1.0 gram removed for a special program.

| 26. Exhibit No. | 27. Lab. No. | 28. ACTIVE DRUG INGREDIENT (Established or Common Name) | CONCENTRATION | | | 32. AMT. OF PURE DRUG | 33. RESERVE |
|---|---|---|---|---|---|---|---|
| | | | 29. Strength | 30. Measure | 31. Unit | | |
| 1 | 165085 | heroin hydrochloride | 72 | % | | 421.4 g | 583.0 g |

34. ANALYST (Signature): STACEY TURNER
35. TITLE: FORENSIC CHEMIST
36. DATE COMPLETED: 06/10/2004
37. APPROVED BY (Signature & Date): THOMAS M. BLACKWELL
38. TITLE: LABORATORY DIRECTOR
39. LAB. LOCATION: NEW YORK

DEA Form - 7
(Sept. 1995)  Previous edition dated 4/90 may be used until stock is exhausted.

1 - Prosecution