

Thursday, September 18, 2003

**Sent via Fax and USPS Certified Mail**     # 7000-1530-0005-9597-9967

Town of Sunderland
12 School Street
Sunderland, MA 01375
Attn: Dana Kennan, Town Administrator

PH: 413-665-1441 FX: 413-665-1446

RE:     Continued Notice of Insufficient Funds
         Additional Request for Certification of Funds

PROJECT:    Sunderland Elementary School
                27 Old Amherst Road
                Sunderland, MA 01375

SEP 22 2003

Dear Dana:

This follows our letter of September 8, 2003, to which we have not received a response from the Town, and our prior notices and requests to the Town for proper certification of funds for our contract as required by M.G.L. c. 44, Sec. 31C.

As we have repeatedly discussed, we are perplexed by the Town's delay in providing the required certification. We have been informed by Town officials and the Architect that the Town has sufficient appropriated funds allocated to our contract to cover the currently assessed value of $3,953,858. We again request that the Town Accountant provide a certification to that effect so we may be assured that the work can proceed without interruption. In addition to this certification, we will continue to require a properly executed Change Order or Construction Change Directive signed by the Town and certified by the Town Accountant before we can proceed with any extra work.

We anxiously await your reply. Please advise.
Very Truly Yours,

Ronald H. Laprise, Jr.
Vice President

cc:   File: 700, 01000, Receipts
      Scott W. Pray, President
      Loren Belida, AIA, H.L. Turner Group
      Paul James, Holland & Knight LLP

*Building*
*Excellen*
*Since 1¦*

S00831

25 ANTHONY STREET  SEEKONK, MA 02771  TEL 508-336-3366 x. 133  FAX 508-336-0551  WWW.DFPRAY.COM

O:\Ron\ALL PROJECTS\700 SUNDERLAND ELEMENTARY\700CORRESPONDENCE\700 TOWN OF SUNDERLAND\700 FOllowUp
to Sept8lttr 09-18-03.doc