| Edit Document | Comment | Design Team Determination |

*cc: TF TK SB DK*

# The H. L. Turner Group Inc.

27 Locke Road  
Concord, NH 03301

phone: (603) 228-1122  
fax: (603) 228-1126

**Project Phase:** Construction and Bidding

## Electronic Format

| PROJECT: Sunderland Emergency School Reconstruction Sunderland, MA | Directive No: | 29 |
|---|---|---|
| | Date: | 09/19/2003 |
| | Architect's Project No: | 2623 |
| OWNER: Town of Sunderland 12 School Street, Sunderland, MA 01375 | Contract for: | CM |
| | Contract dated: | 07/01/2003 |
| TO CONTRACTOR: | Summary of Changes: | Reconcile Accounting |

**You are hereby directed to make the following change(s) in this Contract:**
Per Architect's Project Accounting spreadsheet dated 9/17/03, 2 pages, and as discussed with Owner, Architect and CM 9/13/03...

All items identified in italics and with shading as work that has been performed, is being performed, or is likely to be performed as additional work...

Sum total of GMP scope and all additional work not to exceed $3,953,858 and time for substantial completion of the entire project to be on or before October 13, 2003....

Pending CM submittal of documentation, Architect review for confirmation of scope, value, and duration of the work and Owner approval of the proposed reconciliation.

**Proposed Adjustments**
1. The proposed basis of adjustment to the Contract Sum or Guaranteed Maximum Price is:
**To be determined**.

2. The Contract Time is proposed to **be determined**.
The proposed adjustment is **not to exceed the amount and time as defined above**.

| When signed by the Owner and Architect and received by the Contractor, this document becomes effective IMMEDIATELY as a Construction Change Directive (CCD), and the Contractor shall proceed with the change(s) described above. |||
|---|---|---|
| **Architect:** The H. L. Turner Group, Inc. 27 Locke Road Concord, NH 03301 By:_____ Date:_____ | **Owner:** Town of Sunderland 12 School Street, Sunderland, MA 01375 By:_____ Date:_____ | **Contractor:** By:_____ Date:_____ |

S00828

Sep 19 03 05:42p          P.1

Fax Cover Sheet: CCD to reconcile project accounting                Page 1 of 1



[ Edit Document ] [ Comment ] [ Design Team Determination ]

## The H. L. Turner Group Inc.

27 Locke Road  
Concord, NH 03301

phone: (603) 228-1122  
fax: (603) 228-1126

| | | | |
|---|---|---|---|
| **TO:** | Dana Kennan | **FROM:** | Loren Belida |
| **Company:** | | | The H. L. Turner Group Inc. |
| **Address:** | | | 27 Locke Road |
| | | | Concord, NH 03301 |
| **Fax #:** | 413-665-1446 | **Fax #:** | (603) 228-1126 |
| **Phone #:** | | **Phone #:** | (603) 228-1122 |
| **Date:** | 09/19/2003 | **Time:** | 05:34 PM |
| **# of PAGES including COVER:** 2 | | | |

For your information

**PROJECT Name:** Sunderland Emergency School Reconstruction **PROJECT No.:** 2623

**SUBJECT:** CCD to reconcile project accounting  
**COMMENTS:**  
Attached as discussed ...

**CC:**

▶ **Editors & Dates:**

SEP 22 2003

http://domino.hlturner.com/2623.nsf/ffda0e1c102d0a81052563e800695921/40a6ab9c225a72...   9/19/03

S00827