# TOWN ACCOUNTANT

**TOWN OF SUNDERLAND MASSACHUSETTS**
Town Offices: 12 School Street
Sunderland, MA 01375

PHONE: (413) 665-1443
FAX: (413) 665-1446



September 19, 2003

Scott Pray, President
D.F. Pray
General Contractors
25 Anthony Street
Seekonk, MA 02771

Dear Mr. Pray:

After review of the architect's latest spreadsheets of accounting for the construction of GMP, proposed changes indicate that the highest sum total of construction costs, including all funds that DF Pray has asserted that they are due, and pending the Architect's confirmation of justification of additional work and costs, is $3,953,858. The amount is well within the Owner's currently available project funds of $4,269,000. The owner will disburse other project expenses from a combination of the above funds, other Town funds and School district funds.

Please proceed with the remaining project work, including additional work, and provide all required supporting documentation for our review and confirmation of actual values of all work as soon as possible.

Sincerely,

Sara Cooper
Sara Cooper
Town Accountant

Cc:   Loren Belida, The H.L. Turner Group
      Board of Selectmen

DWK/cab