| Home | Town Clerk |    Town of Sunderland, Massachusetts

# Town Meeting Action

Special Town Meeting, April 30, 2004

Annual Town Meeting, April 30, 2004

**2004 SPECIAL TOWN MEETING**
**COMMONWEALTH OF MASSACHUSETTS**
**TOWN OF SUNDERLAND**
**APRIL 30, 2004**
**SUNDERLAND ELEMENTARY SCHOOL**

Moderator, Robert T. Duby called the meeting to order at 7:10pm. Town Clerk, Wendy Houle, read the Constables Return and swore in tellers: Bruce Bennett, Peter Gagarin, Brenda Russo, and Lorin Starr.

Motion to recess Special Town Meeting at 7:30pm, Seconded, Passed unanimously.
Motion to reopen Special Town Meeting, seconded, passed unanimously.
Motion to dissolve meeting at 7:42pm, seconded, passed unanimously.

ARTICLE 1: I move that the Town vote to transfer from the Foundation Reserve Fund the sum of $103.32 due to Hampshire Educational Collaborative; $85.00 due to Severn Trent Laboratories; and $57.64 due to FRCOG for the sum total of $245.96 for FY03 unpaid bills.
    *REQUIRES 9/10th VOTE    Chapter 44 Section 64

Seconded                        Passed                        Unanimous

ARTICLE 2: I move that the Town vote to borrow, under the provisions of c. 44 §7 ¶ 3A the sum of $475,000.00 to rehabilitate, reconstruct, construct and otherwise repair the Sunderland Elementary School.
    *REQUIRES 2/3rds VOTE    Chapter 44 Section 7 para 3A

Seconded                        Passed                        Unanimous

ARTICLE 3: I move that the Town vote to transfer from the Foundation Reserve Fund the sum of $4,600.00 for Additional Elementary School Bus Transportation September, October and November of Academic 04 (FY 04) for transporting students to Frontier Regional School in Deerfield and Whately Elementary in Whately.

Seconded                        Passed                        Unanimous

ARTICLE 4: I move that the town vote to transfer from the Foundation Reserve Fund the sum of $18,750.00 to the Frontier Regional School District and the sum of $6,000.00 to the Town of Whately for a sum total of $24,750.00 for rental of space in the respective schools for September, October and November of Academic 04 (FY04).

Seconded                          Passed                          Unanimous

ARTICLE 5: I move that the Town vote to transfer from the Foundation Reserve Fund the sum of $3,438.00 to the Frontier Regional School District and the sum of $3,044.05 to the Town of Whately for a sum total of $6,482.05 for additional clerical and school nurse staffing for the respective schools for September, October and November of Academic 04 (FY04).

Seconded                          Passed                          Unanimous

ARTICLE 6: I move that the Town vote transfer from the Foundation Reserve Fund the sum of $3,000.00 to provide funding for the FY 04 Financial Audit of the Sunderland School Department.

Seconded                          Passed                          Unanimous

ARTICLE 7: I move that the Town vote to transfer from the Foundation Reserve Fund the sum of $15,000.00 to provide supplemental funding for Town Counsel Services Account 151-5201 for FY 04.

Seconded                          Passed                          Unanimous

ARTICLE 8: I move that the Town vote to transfer from Foundation Reserve Fund Account the sum of $88,921.99 to the Sunderland Elementary School Reconstruction Expense Account to provide for sundry expenses related to the reconstruction and reequipping of the elementary school.

Seconded                          Passed                          Unanimous


Respectfully submitted,



Wendy Houle, CMC/CMMC
Town Clerk

2004 ANNUAL TOWN MEETING
COMMONWEALTH OF MASSACHUSETTS
TOWN OF SUNDERLAND
SUNDERLAND ELEMENTARY SCHOOL
APRIL 30, 2004

Moderator, Robert T. Duby, called meeting to order at 7:30pm. Town Clerk, Wendy Houle, read Constables Return. Tellers; Bruce Bennett, Peter Gagarin, Brenda Russo, and Lorin Starr.

Motion to recess annual town meeting, seconded, passed unanimously.
Motion to reconvene Annual Town Meeting at 7:42pm, seconded, passed unanimously.

Moderator Robert T. Duby, thanked residents involved in the school. library, and public safety complex projects for their time and effort.

ARTICLE 1: I move that the Town vote to hear the reports of the Selectmen, the Sunderland School Committee

and all other Town Officers, Boards, Committees and Commissions.

**Seconded**              **Passed**              **Unanimously**

ARTICLE 2: I move that the Town vote, under the provisions of M.G.L. Chapter 41, Section 108, to set salaries and compensation of all its elected officials connected therewith for Fiscal Year 2005.

<u>Assessors:</u>        Chairman  $2,865 annually        Clerk  $2,865 annually        Member  $2,865 annually
<u>Moderator:</u>        $200 annually
<u>Planning Board</u> Chairman  $792 annually    Clerk   $792 annually        Member    $528 annually
<u>Town Clerk:</u>       $35,000 annually
<u>Selectmen:</u>        Chairman  $3,500 annually        Clerk  $3,000 annually        Member  $3,000 annually

**Seconded**              **Passed**              **Unanimously**

ARTICLE 3: I move that the Town vote to raise and appropriate the sum of $6,319,969, transfer from Free Cash the sum of $150,000, appropriate from Ambulance Reserve the sum of $10,000, appropriate from Ambulance Revolving the sum of $33,258 for a sum total of $6,513,227 for town and general municipal purposes connected therewith for Fiscal Year 2005.

**Seconded**
**AMENDMENT:** Move to increase Highway Super wages to $46,974.00
**Seconded**

| Motion to Move the question | Passed | Unanimously |
| Amendment | FAILED | Majority |
| <u>**MAIN MOTION**</u> | <u>**PASSED**</u> | <u>**UNANIMOUSLY**</u> |

- Article 4 through 8 inclusive are so called Consent Articles.
- Selectmen Recommend Consent Articles 3-0
- Finance Committee Recommend Consent Articles 5-0

ARTICLE 4: I move that the Town vote to re-authorize the establishment of the following revolving funds pursuant to the provisions of Massachusetts General Laws Chapter 44, section 53E ½, in order to allow fees and or fines to be spent without further appropriation for services rendered by:
<u>Wiring Inspector</u>
    Fees for services rendered. Expenditures from this fund will not exceed $5,500
<u>Plumbing Inspector</u>
    Fees for services rendered. Expenditures from this fund will not exceed $3,000
<u>Ambulance Service</u>
    Fees for services rendered. Expenditures from this fund shall not exceed $33,258
<u>Board of Health</u>
    Fees and fines for services rendered. Expenditures from this fund shall not exceed $18,000:

**Seconded**              **Passed**              **Unanimously**

ARTICLE 5: I move that the Town vote to authorize the Board of Selectmen to apply for, accept and expend any grants or donations from State or Federal governments or private agencies, individuals or institutions.
**Seconded**              **Passed**              **Unanimously**

ARTICLE 6: I move that the Town vote to accept and expend any sum or sums of money which may be available from the State for Chapter 90 work for road improvement and equipment expense.

**Seconded**              **Passed**              **Unanimously**

ARTICLE 7: I move that the Town vote under the provisions of M.G.L. Chapter 40, Section 4A to authorize the Board of Selectmen to enter into inter-municipal agreement.

| Seconded | Passed | Unanimously |

ARTICLE 8: I move that the Town vote to authorize the Board of Selectmen to enter into contracts for goods and services with duration in excess of three years under the provision of M.G.L. chapter 30B, section 12, paragraph (b).

| Seconded | Passed | Unanimously |

ARTICLE 9: I move that the Town vote to transfer from the Stabilization Fund the sum of $29,183.00 for the purchase of a new Police Cruiser for the Police Department.
    REQUIRES 2/3 VOTE CHAPTER 40 SECTION 5B

| Seconded | Passed | Declared by Moderator |

ARTICLE 10: I move that the Town vote to raise and appropriate the sum of $2,231.00 as the Town's share to replace faulty Bullet Prove Vests for the Police Department.

| Seconded | Passed | Unanimously |

ARTICLE 11: I move that the Town vote to transfer from the Stabilization Fund the sum of $14,748.50 (the Town's share of a total $65,000 appropriation) for re-roofing and making other necessary repairs to the School Central Office Building.
    REQUIRES 2/3 VOTE CHAPTER 40 SECTION 5B

| Seconded | Passed | Declared by Moderator |

ARTICLE 12: I move that the Town vote to raise and appropriate the sum of $6,000.00 for the purpose of continuing the Ditch Maintenance Study and for the purpose of funding any costs including the hiring of consultants related thereto, associated with filing Notice of Intent or any other necessary filings with the regulatory agencies.

| Seconded | Passed | Unanimously |

ARTICLE 13: I move that the Town vote to transfer from the Stabilization Fund the sum of $5,000.00 for the purchase of a new Copy Machine for the Sunderland Public Library.
    REQUIRES 2/3 VOTE CHAPTER 40 SECTION 5B

| Seconded | Passed | Unanimously |

ARTICLE 14: I move that the Town vote to establish a Revolving Fund under the Provisions of MGL c 44 §53E ½ for the maintenance of the Sunderland Public Library Community Room, said departmental receipts from the rental of the Library Community Room shall be credited to the fund for the maintenance of the Library Community Room and related expenses with expenditures not to exceed $5,000.00 in any fiscal cycle. Said fund shall be expended by the Library Trustees.

| Seconded | Passed | Unanimously |

ARTICLE 15: I move that the Town vote to transfer from Stabilization Fund the sum of $50,000.00 for engineering, construction and erection of a Veterans Memorial Monument and Park.
    REQUIRES 2/3 VOTE CHAPTER 40 SECTION 5B
Seconded
Motion to Withdraw

| | | |
|---|---|---|
| Seconded | Passed | Unanimously |

ARTICLE 16: I move that the Town vote to transfer from Sewer Reserve Fund the sum of $35,560.00 to up grade the chlorination system at the Waste Water Treatment Plant including any renovation to the plant or the assistance of consultants and engineers.

| | | |
|---|---|---|
| Seconded | Passed | Unanimously |

ARTICLE 17: I move that the Town vote to transfer from the Stabilization Fund the sum of $6,000.00 to provide High Speed Internet Access for the Town Office Building.
  **REQUIRES 2/3 VOTE CHAPTER 40 SECTION 5B**

| | | |
|---|---|---|
| Seconded | **FAILED** | Yes: 49 |
| | | No: 43 |

ARTICLE 18: I move that the Town vote raise and appropriate the sum of $1,500.00 for the purchase of a new Snow Blower for the Sunderland Elementary School.

| | | |
|---|---|---|
| Seconded | Passed | Majority |

ARTICLE 19: I move that the Town vote to transfer from the Stabilization Fund the sum of $4,500.00 for nine (9) new Overhead Projectors and Carts for the Sunderland Elementary School.
  **REQUIRES 2/3 VOTE CHAPTER 40 SECTION 5B**
Seconded
**Motion to Withdraw**

| | | |
|---|---|---|
| Seconded | Passed | Unanimously |

ARTICLE 20: I move that the Town vote to accept the provisions of MGL c.90 §20A Parking Regulation Violation; Non-Criminal Disposition; Notice; Appearance; Schedule of Fines and establish the office of Parking Clerk.

| | | |
|---|---|---|
| Seconded | Passed | Majority |

ARTICLE 21: I move that the Town vote to accept the provisions of MGL c.40 §22D Towing of Vehicles Illegally Parked or Standing on Public Ways.

| | | |
|---|---|---|
| Seconded | Passed | Majority |

ARTICLE 22: I move that the Town vote amend the Code of Sunderland Article III § 40-3 and 40-4 Warrants by deleting Graves Memorial Library and inserting Sunderland Public Library.

| | | |
|---|---|---|
| Seconded | Passed | Unanimously |

ARTICLE 23: I move that the Town vote to amend Chapter 130 §130-3 Non Conforming Dogs by adding clause G Failure to remove waste; 1. Each person who owns, keeps or controls a dog with the Town shall remove and dispose of any feces left by such dog on any sidewalk, street park or other public areas or on any private property which is not owned or occupied by such person. 2. No person who owns, keeps or controls a dog within the Town shall permit such dog to be on any sidewalk, street, park or other public area unless such dog is accompanied by a person carrying a device, which is suitable for picking up and containing feces unexposed to such person and to the general public. 3. For purposes of paragraph 1, feces may only be disposed of at a place suitable and regularly reserved for the disposal of human feces or otherwise designated as appropriate by the Board of Health. 4 Paragraphs 1 through 3 inclusive shall not apply to a dog accompanying any handicapped person, who due to a handicap, is physically unable to comply with the requirements of such paragraphs.

| | | |
|---|---|---|
| Seconded | Passed | Yes: 50 |

No: 38

**Motion to dissolve at 9:35pm**
**Seconded**                          **Passed**                          **Unanimously**

Respectfully submitted,

Wendy Houle, CMC/CMMC

## Top of Page