**American Arbitration Association**
*Dispute Resolution Services Worldwide*

*Northeast Case Management Center*
Catherine Shanks
Vice President

Christopher Fracassa, Yvonne Nelson
Assistant Vice Presidents

950 Warren Avenue, East Providence, RI 02914
telephone: 866-293-4053 facsimile: 401-435-6529
internet: http://www.adr.org/

# FAX

Date: July 12, 2004

To
Kenneth F. Fiola, Jr. Esq.                FAX NUMBER: 508-677-2140
Law Office of Kenneth Fiola, Jr., Esq.
307 Archer Street
Fall River, MA 02720

Edward F. Vena, Esq.                      FAX NUMBER: 617-951-2420
Vena, Riley, Deptula, LLP
250 Summer Street
Boston, MA 02210

Thomas W. McEnaney, Esq.                  FAX NUMBER: 617-654-1735
Kopelman & Paige, P.C.
31 St. James Avenue
Boston, MA 02116-4102

From: Dolores Quartey

Number of Pages: 2 (including cover)

Re: 11 124 00969 04
    D.F. Pray, Inc.
    and
    Town of Sunderland

THIS FAX TRANSMISSION IS INTENDED ONLY FOR THE USE OF THE PERSON TO WHOM IT IS ADDRESSED. IT MAY CONTAIN INFORMATION THAT IS CONFIDENTIAL, PRIVILEGED OR OTHERWISE EXEMPT FROM DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT OR THE PERSON AUTHORIZED TO DELIVER THIS FAX TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION OF THIS FAX IS PROHIBITED. IF YOU HAVE RECEIVED THIS FAX IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AT THE NUMBER LISTED ABOVE AND RETURN THE ORIGINAL FAX TO US BY FIRST CLASS MAIL AT THE ABOVE ADDRESS.

**American Arbitration Association**
*Dispute Resolution Services Worldwide*

*Northeast Case Management Center*
Catherine Shanks
Vice President

Christopher Fracassa, Yvonne Nelson
Assistant Vice Presidents

950 Warren Avenue, East Providence, RI 02914
telephone: 866-293-4053 facsimile: 401-435-6529
internet: http://www.adr.org/

July 12, 2004

**VIA FACSIMILE ONLY**
Edward F. Vena, Esq.
Vena, Riley, Deptula, LLP
250 Summer Street
2nd Floor
Boston, MA 02210

Kenneth Fiola, Jr., Esq.
Law Office of Kenneth Fiola, Jr., Esq.
307 Archer Street
Fall River, MA 02720

Thomas W. McEnaney, Esq.
Kopelman & Paige, P.C.
31 St. James Avenue
Boston, MA 02116

Re: 11 124 00969 04
D.F. Pray, Inc.
and
Town of Sunderland

Dear Counsel:

This will acknowledge receipt on July 9, 2004, of a letter dated July 8, 2004, from Thomas McEnaney, Wherein, Respondent agrees with the Claimant to withdraw the above captioned matter, a copy of which we note has been exchanged with the other party.

Therefore, as advised in our letter dated, we are this date closing our files.

An invoice will be forthcoming reflecting the remaining balance due, if any. Payment is due upon receipt of that invoice.

We appreciate the opportunity to assist the parties in the resolution of this matter.

Sincerely,

Dolores Quartey
Case Manager
401 431 4857
Quarteyd@adr.org

Carli H. Del Solio
Supervisor
401 431 4810
solioc@adr.org