UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-11073 MLW

D.F. PRAY, INC.,

    Plaintiff

v.

TOWN OF SUNDERLAND, THE H.L. TURNER GROUP, INC., SARA COOPER, and DANA KENNAN,

    Defendants

DEFENDANTS TOWN OF SUNDERLAND, SARA COOPER AND DANA KENNAN'S MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT

    Now come the Defendants Town of Sunderland, Sara Cooper and Dana Kennan (collectively, the "Town") in the above-captioned matter and hereby move for an extension of time until January 24, 2004 to file a response to Plaintiff's Motion for Leave to Amend Complaint. As grounds for this motion, the Town submits that the matters raised in Plaintiff's motion involve complicated questions of law and Plaintiff's motion was received during the holiday season when counsel for Defendants was on vacation. For these reasons, additional time is needed to prepare a proper response to Plaintiff's motion. In addition, Plaintiff will not be prejudiced by the granting of Defendants' motion. Counsel for the Plaintiff, Attorney Sabatino F. Leo, has been conferred with regarding the instant motion and has kindly given his assent to the allowance of the same.

    WHEREFORE, the Town respectfully requests that this Honorable Court grant the Town's Motion to Extend Time to Respond to Plaintiff's Motion for Leave to Amend Complaint.