UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO.  04-11073-MLW

D.F. PRAY, INC.,

      Plaintiff,

v.

TOWN OF SUNDERLAND, THE H.L.
TURNER GROUP, INC., SARA COOPER,
and DANA KENNAN,

      Defendants.

## JOINT MOTION TO STAY COURT ACTION PENDING MEDIATION

Now comes the Plaintiff, D.F. Pray, Inc. and the Defendants, The Town of Sunderland,

Sara Cooper and Dana Kennan, (hereinafter collectively referred to as the "Parties") and hereby

respectfully move that this Honorable Court stay the within action until the conclusion of

mediation.  In support of this Joint Motion, the Parties hereby state the following:

1.      Pray filed its original Complaint in the Massachusetts Superior Court for Bristol

County alleging claims for Breach of Contract, Quantum Meruit,

Misrepresentation, Negligent Misrepresentation, conspiracy, violation of M.G.L.

c. 93A, R.I.C.O., violation of 42 U.S.C. 1983 (substantive due process), equal

protection, breach of the covenant of good faith and fair dealing and a violation of

M.G.L. c. 12 §11(i).

2.      On May 24, 2004, Defendants, Sunderland, Cooper and Kennan removed the suit

to this Court pursuant to 28 U.S.C. §1446.

3.      The Parties have engaged in mutual discussions and have agreed to mediate this

matter utilizing John J. Spignesi, Esq., as mediator.

4.      The parties are currently discussing amenable dates for mediation and have

tentatively agreed to schedule the mediation for early March 2005.

5.      The allowance of this motion to stay will not prejudice any party nor will it likely

delay the litigation.  Moreover, the allowance of this motion will promote the

efficient and speedy resolution of the underlying dispute, and if the parties are

able to resolve their dispute, judicial economy will be furthered.

WHEREFORE, the Parties move that this Honorable Court allow this Joint Motion to Stay this

Action Pending Mediation.

| TOWN OF SUNDERLAND, SARA COOPER, AND DANA KENNAN, | D.F. PRAY, INC. |
|---|---|
| By their attorneys, | By its attorneys, |
| /s/ Thomas W. McEnaney | /s/ Sabatino F. Leo |
| Jonathan M. Silverstein (BBO# 630431) | Edward F. Vena (BBO #508660) |
| Thomas W. McEnaney (BBO# 629130) | Sabatino F. Leo (BBO #642302) |
| Kopelman and Paige, P.C. | Vena, Riley, Deptula, LLP |
| 31 St. James Avenue | 250 Summer Street |
| Boston, MA 02116 | Boston, MA 02210 |
| (617) 556-0007 | (617) 951-2400 |

241608/SUND/0012