UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO.  04-11073-MLW

| | |
|---|---|
| D.F. PRAY, INC., | |
| Plaintiff, | |
| v. | |
| TOWN OF SUNDERLAND, THE H.L. TURNER GROUP, INC., SARA COOPER, and DANA KENNAN, | |
| Defendants. | |

RULE 7.1(A)(2) CERTIFICATE OF CONFERRAL

Pursuant to Local Rule 7.1(A)(2), the undersigned hereby certifies that, on January 21, 2005, he conferred with Warren D. Hutchison, Esq., counsel for co-defendant H.L. Turner Group, Inc., in a good faith effort to resolve or narrow the issues set forth in the Joint Motion to Stay Court Action Pending Mediation.  Attorney Hutchison indicated that he has no objection to the Motion.

COUNSEL FOR
TOWN OF SUNDELAND, SARA COOPER
and DANA KENNAN

_____
Thomas W. McEnaney (BBO# 629130)
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

241610/SUND/0012