UNITES STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| D.F. PRAY, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>TOWN OF SUNDERLAND,<br><br>THE H.L. TURNER GROUP, INC.,<br><br>SARA COOPER,<br><br>DANA KENNAN,<br><br>    Defendants. | C.A. No. 04-CV-11073-MLW |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of Edward F. Vena, Sabatino F. Leo and the Law Firm of Vena, Riley, Deptula, LLP as attorneys for the Plaintiff, D.F. Pray, Inc., , in the above-captioned action.

Respectfully submitted,

D.F. Pray, Inc.,
By its attorneys,

//s//
Edward F. Vena, BBO #508660
Sabatino F. Leo, BBO #642302
VENA, RILEY, DEPTULA, LLP
250 Summer Street
Boston, MA 02210
(617) 951-2400

Dated: March 9, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on March __9__, 2005 I served a true and accurate copy of the herein document by first class mail, postage paid, on the attorney of record for each other party.

//s//
Sabatino F. Leo