UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| D.F. PRAY, INC.<br>   Plaintiff,<br>v.<br><br>TOWN OF SUNDERLAND,<br>THE H.L. TURNER GROUP, INC.,<br>SARA COOPER and DANA KENNAN<br>   Defendants. | C.A. No. 04-CV-11073-MLW |

### NOTICE OF APPEARANCE

Please enter the Appearance of Joel Lewin, Esq. as Counsel for Plaintiff D.F. Pray, Inc. in this matter.

         Respectfully submitted,

         D.F. PRAY, INC.
         By its attorneys,


         _____/s/_____
         Joel Lewin, Esquire
         B.B.O. #298040
         Hinckley, Allen & Snyder LLP
         28 State Street
         Boston, MA 02109
         617) 345-9000

Dated: March 9, 2005

520282