UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| D.F. PRAY, INC.,<br><br>      Plaintiff,<br><br>v.<br><br>TOWN OF SUNDERLAND, THE H.L. TURNER GROUP, INC., SARA COOPER, and DANA KENNAN,<br><br>      Defendants. | C.A. No. 04-CV-11073-MLW |

## NOTICE OF ATTORNEY'S LIEN

Notice is hereby given of an attorney's lien, pursuant to Mass. Gen. L. c. 220, §50, by Edward F. Vena, Esq. and Vena, Riley, Deptula, LLP on all proceeds to be derived from any settlement or judgment in favor of the Plaintiff, D.F. Pray, Inc. in this action.

                                                   Respectfully Submitted,

.

                                                   //s// Sabatino F. Leo
                                                   Edward F. Vena, BBO No. 508660
                                                   Sabatino F. Leo, BBO No. 642302
                                                   VENA, RILEY, DEPTULA, LLP
                                                   250 Summer Street
                                                   Boston, MA  02210
                                                   (617) 951-2400

## CERTIFICATE OF SERVICE

      I, Sabatino F. Leo, hereby certify that I have, on this 30th day of March 2005, served a copy of the within Notice of Attorney's Lien by first class mail, postage pre-paid on:

Thomas W. McEnaney, Esquire
Kopelman and Paige, PC
31 St. James Avenue
Boston, MA 02116

Warren D. Hutchison, Esquire
Donovan Hatem LLP
Two Seaport Lane
Boston, MA 02210

Joel Lewin, Esquire
Hinckley Allen Snyder LLP
28 State Street
Boston, MA 02109

Scott Pray
D.F. Pray, Inc.
25 Anthony Street
Seekonk, MA 02771-3701


                                                     //s// Sabatino F. Leo
                                                     Sabatino F. Leo