| | | |
|---|---|---|
| LEONARD KOPELMAN<br>DONALD G. PAIGE<br>ELIZABETH A. LANE<br>JOYCE FRANK<br>JOHN W. GIORGIO<br>BARBARA J. SAINT ANDRE<br>JOEL B. BARD<br>JOSEPH L. TEHAN, JR.<br>THERESA M. DOWDY<br>DEBORAH A. ELIASON<br>RICHARD BOWEN<br>DAVID J. DONESKI<br>JUDITH C. CUTLER<br>KATHLEEN E. CONNOLLY<br>DAVID C. JENKINS<br>MARK R. REICH<br>BRIAN W. RILEY<br>DARREN R. KLEIN<br>JONATHAN M. SILVERSTEIN<br>ANNE-MARIE M. HYLAND<br>JASON R. TALERMAN<br>GEORGE X. PUCCI<br>―――<br>EDWARD M. REILLY<br>DIRECTOR WESTERN OFFICE | **KOPELMAN AND PAIGE, P. C.**<br>ATTORNEYS AT LAW<br>31 ST. JAMES AVENUE<br>BOSTON, MASSACHUSETTS 02116-4102<br><br>(617) 556-0007<br>FAX (617) 654-1735<br>―――<br>PITTSFIELD OFFICE<br>(413) 443-6100<br>―――<br>NORTHAMPTON OFFICE<br>(413) 585-8632<br>―――<br>WORCESTER OFFICE<br>(508) 752-0203<br><br>March 28, 2005 | WILLIAM HEWIG III<br>JEANNE S. McKNIGHT<br>KATHLEEN M. O'DONNELL<br>PATRICIA A. CANTOR<br>THOMAS P. LANE, JR.<br>MARY L. GIORGIO<br>MICHELE E. RANDAZZO<br>THOMAS W. McENANEY<br>KATHARINE GOREE DOYLE<br>LAUREN F. GOLDBERG<br>JEFFREY A. HONIG<br>GREGG J. CORBO<br>RICHARD T. HOLLAND<br>ELIZABETH R. CORBO<br>MARIA C. ROTA<br>VICKI S. MARSH<br>JOHN J. GOLDROSEN<br>SHIRIN EVERETT<br>BRIAN E. GLENNON, II<br>JONATHAN D. EICHMAN<br>JOSEPH S. FAIR<br>LAURA H. PAWLE<br>CAROLYN M. MURRAY<br>JACKIE COWIN<br>SARAH N. TURNER<br>JEFFREY T. BLAKE<br>R. ERIC SLAGLE<br>CAROLYN KELLY MACWILLIAM |

Clerk
U.S. District Court
District of Massachusetts
U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

Re:    D.F. Pray, Inc. v. Town of Sunderland, et al.
       <u>United States District Court C.A. No. 04-11073MLW</u>

Dear Sir/Madam:

On January 30, 2005, the Court (Wolf, J.) entered an Order granting the parties' Joint Motion to Stay the Litigation relative to the above-referenced matter. The Order specifically required the parties to report back to the Court by March 30, 2005, whether the case has been settled, and if not, whether the stay should be lifted.

Please be advised that the plaintiff replaced its counsel on or about March 11, 2005. As a result of the change in counsel, the parties have rescheduled the mediation for June 20 and 21, 2005 to allow new counsel to have adequate time to review the file and prepare its case. The parties hereby request that the stay remain in effect until June 30, 2005, at which time the parties will report back to the Court whether the case has been settled or if not, whether the stay should be lifted.

If you have any questions, please do not hesitate to contact me.

Very truly yours,

Thomas W. McEnaney

TWM/kad
cc:    Board of Selectmen
       Mr. Dana Kennan
       Town Accountant
       Joel Lewin, Esq.

247284/SUND/0012