UNITES STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| D.F. PRAY, INC., <br><br>  Plaintiff, <br><br> v. <br><br> TOWN OF SUNDERLAND, <br><br> THE H.L. TURNER GROUP, INC., <br><br> SARA COOPER, <br><br> DANA KENNAN, <br><br>  Defendants. | C.A. No. 04-CV-11073-MLW |

### NOTICE OF WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of Charles Plunkett, Esquire and John Pagliaro, Esquire, as attorneys for the Plaintiff, D.F. Pray, Inc., in the above-captioned action.

                                          Respectfully submitted,

                                          D.F. Pray, Inc.,
                                          By its attorneys,

                                          //s//
                                          Edward F. Vena, BBO #508660
                                          Sabatino F. Leo, BBO #642302
                                          VENA, RILEY, DEPTULA, LLP
                                          250 Summer Street
                                          Boston, MA 02210
Dated: July 6, 2005, 2005                (617) 951-2400

## CERTIFICATE OF SERVICE

  I hereby certify that on March \_\_\_\_, 2005 I served a true and accurate copy of the herein document by first class mail, postage paid, on the attorney of record for each other party.

                //s//_____
                Sabatino F. Leo