**HinckleyAllenSnyder**LLP
ATTORNEYS AT LAW

28 State Street
Boston, MA 02109-1775
TEL: 617.345.9000
FAX: 617.345.9020

***Rhian M.J. Cull, Esq.***   www.haslaw.com
rcull@haslaw.com

July 29, 2005

Clerk's Office
United States District Court
1 Courthouse Way, Suite 2300
Boston, MA 02210

Re: D.F. Pray, Inc. v. Town of Sunderland, The H.L. Turner Group, Inc. Sara Cooper and Dana Kennan
United States District Court No. 04-CV-11073-MLW

Dear Sir/Madam:

In response to a Joint Application by the parties that the stay of the litigation originally ordered by the Court (Wolf, J.) on January 30, 2005 be continued pending mediation proceedings, on April 7, 2005, the Court (Wolf, J.) ordered the continuance of the stay of litigation until August 1, 2005 when the parties were obliged to respond to the Court on the status of the case.

Please be advised that the parties have and are continuing to mediate this case. The Mediation is scheduled to continue on September 15 and 16, 2005 and September 26, 2005. The parties hereby request that the stay of the litigation remain in effect until November 21, 2005, at which time the parties will report back to the Court on the status of the case.

Very truly yours,

Rhian M.J. Cull

RMJC/bd

cc: Thomas McEnaney, Esq.
    D.F. Pray