UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| D.F.PRAY, INC. )<br>        Plaintiff, )<br>v. )<br>    )<br>TOWN OF SUNDERLAND, )<br>THE H.L. TURNER GROUP, INC., )<br>SARA COOPER and DANA KENNAN )<br>        Defendants. )<br>    ) | C.A. No. 04-CV-11073-MLW |

### NOTICE OF APPEARANCE

      Please enter the Appearance of Rhian M.J. Cull, Esq. as Counsel for Plaintiff D.F. Pray, Inc. in this matter.

      Respectfully submitted,

      D.F. PRAY, INC.
      By its attorneys,


      _____/s/_____
      Rhian M.J. Cull, Esquire
      B.B.O. #662035
      Hinckley, Allen & Snyder LLP
      28 State Street
      Boston, MA 02109
      617) 345-9000

Dated: August 11, 2005

540326