UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| D.F. PRAY, INC., <br><br> Plaintiff, <br><br> v. <br><br> TOWN OF SUNDERLAND, THE H.L. TURNER GROUP, INC., SARA COOPER, and DANA KENNAN, <br><br> Defendants. | C.A. No. 04-CV-11073-MLW |

### NOTICE OF ATTORNEY'S LIEN

Notice is hereby given of an attorney's lien, pursuant to Mass. Gen. L. c. 220, §50, by Edward F. Vena, Esq. and Vena, Riley, Deptula, LLP on all proceeds to be derived from any settlement or judgment in favor of the Plaintiff, D.F. Pray, Inc. in this action.

Respectfully Submitted,

//s// Sabatino F. Leo
Edward F. Vena, BBO No. 508660
Sabatino F. Leo, BBO No. 642302
VENA, RILEY, DEPTULA, LLP
250 Summer Street
Boston, MA 02210
(617) 951-2400

## CERTIFICATE OF SERVICE

I, Sabatino F. Leo, hereby certify that I have, on this 30th day of March 2005, served a copy of the within Notice of Attorney's Lien by first class mail, postage pre-paid on:

Thomas W. McEnaney, Esquire
Kopelman and Paige, PC
31 St. James Avenue
Boston, MA 02116

Warren D. Hutchison, Esquire
Donovan Hatem LLP
Two Seaport Lane
Boston, MA 02210

Joel Lewin, Esquire
Hinckley Allen Snyder LLP
28 State Street
Boston, MA 02109

Scott Pray
D.F. Pray, Inc.
25 Anthony Street
Seekonk, MA 02771-3701

//s// Sabatino F. Leo
Sabatino F. Leo



**VENA, RILEY, DEPTULA, LLP**

250 Summer Street, 2nd Floor
Boston, MA 02210

Phone: 617.951.2400
Fax: 617.951.2420

Sabatino F. Leo
Email: sleo@vrdllp.com

September 16, 2005

<u>**VIA FACSIMILE (617) 654-1735
AND FIRST CLASS MAIL**</u>

Thomas W. McEnaney, Esquire
Kopelman and Paige, PC
31 St. James Avenue
Boston, MA 02116

RE: <u>D.F. Pray, Inc. v. Town of Sunderland, et al.</u>
U.S. District Court C/A No.: 04-11073MLW

Dear Mr. McEnaney:

Per our discussion of this morning, the amount of the attorney's lien filed in the above-referenced action is $18,423.43.

If you have any questions or concerns regarding this matter, please do not hesitate to contact me directly.

Very truly yours,

Sabatino F. Leo

SFL:lmb