UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-11073-MLW

D.F. PRAY, INC.,

    Plaintiff,

v.

TOWN OF SUNDERLAND, THE H.L. TURNER GROUP, INC., SARA COOPER, and DANA KENNAN,

    Defendants.

RULE 7.1(A)(2) CERTIFICATE OF CONFERRAL

Pursuant to Local Rule 7.1(A)(2), the undersigned hereby certifies that, on September 29, 2005, he conferred with Rhian M.J. Cull, current counsel for plaintiff, on September 30, 2005, with Sabatino F. Leo, former counsel for plaintiff, and on October 12, 2005, with Warren D. Hutchison, counsel for H. L. Turner Group, Inc., in a good faith effort to resolve or narrow the issues set forth in the Municipal Defendants' Motion to Deposit Disputed Funds in Court.

    COUNSEL FOR
    TOWN OF SUNDELAND, SARA COOPER
    and DANA KENNAN

    /s/ Thomas W. McEnaney
    Thomas W. McEnaney (BBO# 629130)
    Kopelman and Paige, P.C.
    31 St. James Avenue
    Boston, MA 02116
    (617) 556-0007

262509/SUND/0012