UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-11073-MLW

FILED IN CLERK'S OFFICE
2005 OCT 19 P 3: 35
U.S. DISTRICT COURT
DISTRICT OF MASS.

D.F. PRAY, INC.,

    Plaintiff

v.

TOWN OF SUNDERLAND, THE H.L. TURNER GROUP, INC., SARA COOPER, and DANA KENNAN,

    Defendant

**PARTIAL STIPULATION OF DISMISSAL**

Now comes the plaintiff, D.F. Pray, Inc. ("Pray"), and the defendants, The H.L. Turner Group, Inc., Sara Cooper and Dana Kennan, and pursuant to Fed. R. Civ. P. 41(a)(ii), hereby stipulate to the dismissal of this action, with prejudice, without costs and with each party waiving all rights of appeal.

D.F. PRAY, INC.
By its attorneys,

_____
Joel Lewin (BBO# 298040)
Rhian M.J. Cull (BBO# 662035)
Hinckley Allen Snyder, LLP
28 State Street
Boston, MA 02109
(617) 345-9000

SARA COOPER AND DANA KENNAN
By their attorneys,

_____
David J. Doneski (BBO# 546991)
Thomas W. McEnaney (BBO# 629130)
Kopelman and Paige, PC
33 St. James Avenue, 7th Floor
Boston, MA 02116
(617) 556-0007

THE H.L. TURNER GROUP, INC.
By its attorneys,

_____
Warren D. Hutchison (BBO# 246150)
Donovan Hatem, LLP
Two Seaport Lane
Boston, MA 02110
(617) 406-4500

262097/SUND/0012