UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| D.F. PRAY, INC. )<br>    Plaintiff, )<br>v. )<br> )<br>TOWN OF SUNDERLAND, )<br>THE H.L. TURNER GROUP, INC., )<br>SARA COOPER and DANA KENNAN )<br>    Defendants. )<br> ) | C.A. No. 04-CV-11073-MLW |

## STIPULATION OF DISMISSAL OF
## DEFENDANT TOWN OF SUNDERLAND

Now comes the plaintiff, D.F. Pray, Inc. ("Pray"), and the defendant, Town of Sunderland, and pursuant to Fed. R. Civ. P. 41(a)(ii), hereby stipulate to the dismissal of all claims and counterclaims between them in this action, with prejudice, without costs and with each party waiving all rights of appeal.

D.F. PRAY, INC.
By its attorneys,

_____/s/_____
Rhian M.J. Cull (B.B.O. #662035)
Joel Lewin (B.B.O. #298040)
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA 02109
(617) 345-9000

TOWN OF SUNDERLAND
By its attorneys,

_____/s/_____
David J. Doneski (B.B.O. #546991)
Thomas W. McEnaney (B.B.O. #662035)
Kopelman and Paige, PC
33 St. James Avenue, 7th Floor
Boston, MA 02116
(617) 556-0007

THE H.L. TURNER GROUP, INC.
By its attorneys,

_____/s/_____
Warren D. Hutchinson (B.B.O. #246150)
Donovan Hatem, LLP
Two Seaport Lane
Boston, MA 02110
(617) 406-4500

#559892-B-92