UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO. 04-CV-11073-MLW

|  |  |
|---|---|
| D.F. PRAY, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| TOWN OF SUNDERLAND, THE H.L. TURNER GROUP, INC., SARA COOPER and DANA KENNAN, | ) ) ) ) ) |
| Defendants. | ) ) |

## MOTION OF THE LAW FIRM OF VENA, RILEY, DEPTULA, LLP TO ENFORCE ATTORNEY'S LIEN

This matter arises out of the Plaintiff's, D.F. Pray, Inc.'s, refusal to pay the reasonable attorneys fees of the law firm of Vena, Riley, Deptula LLP (hereinafter referred to as "VRD LLP") for professional services rendered D.F. Pray, Inc. (hereinafter "Pray") in the pending cause of action from April 8, 2004 up to and including March 2005 in the amount of $18, 283.93.

As grounds in support of this motion VRD LLP asserts the following: that the pending cause of action was commenced on behalf of Pray by VRD LLP; that VRD LLP appeared on behalf of Pray in the pending action; that a Stipulation of Dismissal was entered; and that the stipulation was filed pursuant to an agreement in which the payment

of funds were disbursed to Pray.  See <u>Northeastern Avionics, Inc. v. City of Westfield</u>, 63 Mass. App. Ct. 509 (2005).

In further support, VRD LLP submits the following:

1. Memorandum of Law in Support of Motion of the Law Firm of Vena, Riley, Deptula, LLP to Enforce Attorney's Lien; and

2. Affidavit of Attorney's Fee.

Respectfully submitted,

//s// Sabatino F. Leo
Edward F. Vena, BBO No. 508660
Sabatino F. Leo, BBO No. 642302
VENA, RILEY, DEPTULA, LLP
250 Summer Street
Boston, MA  02210
(617) 951-2400

Dated:  December    , 2005

## LOCAL RULE 7.1(A)(2) CERTIFICATION

Counsel hereby certifies that they have attempted to confer with counsel for Defendants in good faith to resolve or narrow the issues.

Respectfully submitted,

//s// Sabatino F. Leo
Edward F. Vena (BBO# 508660)
Sabatino F. Leo (BBO# 642302)
Vena Riley Deptula LLP
250 Summer Street, 2nd Floor
Boston, MA 02210
(617) 951-2400

Dated: December     , 2005