UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO. 04-CV-11073-MLW

|  |  |
|---|---|
| D.F. PRAY, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| TOWN OF SUNDERLAND, THE | ) |
| H.L. TURNER GROUP, INC., | ) |
| SARA COOPER and | ) |
| DANA KENNAN, | ) |
| | ) |
| Defendants. | ) |

## AFFIDAVIT OF ATTORNEY'S FEES

I, Sabatino F. Leo, on oath depose and say the following:

1. I am an attorney at law licensed to practice law in the Commonwealth of
   Massachusetts and sworn before the United States District Court, District of
   Massachusetts.

2. I am an associate in the law firm of Vena, Riley, Deptula, LLP.

3. I have personal knowledge of the facts, events and transactions contained herein
   and they are true to the best of my knowledge and belief.

4. Professional legal services have been rendered to the Plaintiff, D.F. Pray, Inc., in
   connection with this cause of action, in the amount of $15,831.28. In addition,
   D.F. Pray, Inc. has incurred additional legal expenses for matters related to the
   pending cause of action where Pray was sued by subcontractors on the Project,
   specifically in Capital Carpet & Flooring Specialist, Inc. v. D.F. Pray Inc. et al.

Middlesex Superior Court Civil Action Number 04-04466, and, <u>Titan Roofing,</u>

<u>Inc. v. D.F. Pray et al.,</u> Hampden Superior Court Civil Action Number 04- 00887,

as a result of Pray being financially unable to remit payment in light of

Sunderland's actions.  Payment for legal services on these matters is due in the

amount of $2,452.65.  Copies of the bills for said services are attached hereto as

Exhibit A.

5.  The charges for the legal services set forth in the attached Exhibit A are, in my

opinion, fair and reasonable.

6.  The total balance owed to the law firm of Vena, Riley, Deptula, LLP for legal

services related to the pending cause of action is $18,283.93.

Signed under the pains and penalties of perjury this 1st day of December 2005.

_//s// Sabatino F. Leo_____
Sabatino F. Leo

2

*"A"*

Vena, Riley, Deptula, LLP
250 Summer Street
Boston, MA  02210
Federal Tax ID 04-3572801


Invoice submitted to:
D.F. Pray, Inc.
Scott Pray
25 Anthony Street
Seekonk MA 02771


October 13, 2004

In Reference To:  Sunderland

Invoice #13118


### Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/8/2004 | SFL | Other<br>Left message with clerk for Judge Wolf re: scheduling conference<br>Sunderland | 0.20<br>155.00/hr | 31.00 |
| | SFL | Telephone call<br>Telephone call to David Hatem re: document request<br>Sunderland | 0.20<br>155.00/hr | 31.00 |
| | SFL | Telephone call<br>Telephone call to Warren Hutchison re: document request<br>Sunderland | 0.20<br>155.00/hr | 31.00 |
| | JRP | Telephone call<br>Telephone call clerk re: assignment to magistrate judge<br>Sunderland | 0.10<br>185.00/hr | 18.50 |
| 9/9/2004 | SFL | Correspondence<br>Email to opposing counsel McEnaney re: discovery<br>Sunderland | 0.30<br>155.00/hr | 46.50 |
| | SFL | Telephone call<br>Telephone calls to Warren Hutchison re: documents<br>Sunderland | 0.20<br>155.00/hr | 31.00 |
| | SFL | Other<br>Discussion with Carlos Zinnerman re: documents and interrogatories<br>Sunderland | 0.20<br>155.00/hr | 31.00 |

D.F. Pray, Inc.

Page    2

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/13/2004 | SFL | Correspondence<br>Email with Thomas McEnaney re: discovery<br>Sunderland | 0.20<br>155.00/hr | 31.00 |
| 9/15/2004 | SFL | Correspondence<br>Email to Thomas McEnaney<br>Sunderland | 0.20<br>155.00/hr | 31.00 |
| 9/21/2004 | EFV | Telephone call<br>Telephone call with Scott<br>Sunderland | 0.40<br>295.00/hr | 118.00 |
| | SFL | Other<br>Initial review of document preparation by HL Turner<br>Sunderland | 0.50<br>155.00/hr | 77.50 |
| 9/27/2004 | SFL | Review<br>Document review of FOIA document request<br>Sunderland | 0.50<br>155.00/hr | 77.50 |
| | | For professional services rendered | 3.20 | $555.00 |

Additional Charges :

| | |
|---|---|
| Copying cost | 113.27 |
| Fax | 6.00 |
| Other | 150.00 |
| Postage | 23.28 |
| Xerox | 93.75 |
| Total costs | $386.30 |
| Total amount of this bill | $941.30 |
| Previous balance | $11,454.10 |
| 10/13/2004  Payment - thank you | ($11,454.10) |
| Total payments and adjustments | ($11,454.10) |
| Balance due | $941.30 |

Vena, Riley, Deptula, LLP
250 Summer Street
Boston, MA  02210
Federal Tax ID 04-3572801


Invoice submitted to:
D.F. Pray, Inc.
Scott Pray
25 Anthony Street
Seekonk MA 02771


November 03, 2004

In Reference To:  Sunderland

Invoice #13141


Professional Services

|  |  | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/4/2004 SFL | Correspondence<br>Letter re: response  to document request<br>Sunderland | | 0.90<br>155.00/hr | 139.50 |
| 10/12/2004 SFL | Other<br>Read and review Sunderland's response to 1st set of interrogatories<br>Sunderland | | 0.50<br>155.00/hr | 77.50 |
| 10/18/2004 SFL | Draft<br>Draft response to answers to interrogatories of Turner/initial letter<br>pursuant to FRCP<br>Sunderland | | 0.80<br>155.00/hr | 124.00 |
| 10/28/2004 EFV | Other<br>Work on bullet points<br>Sunderland | | 1.50<br>295.00/hr | 442.50 |
| 10/29/2004 EFV | Other<br>Finish bullet points; send to client<br>Sunderland | | 0.80<br>295.00/hr | 236.00 |
| | For professional services rendered | | 4.50 | $1,019.50 |
| | Additional Charges : | | | |
| | Xerox | | | 211.52 |
| | Total costs | | | $211.52 |

D.F. Pray, Inc.                                                        Page      2

|                           | Amount     |
|---------------------------|------------|
| Total amount of this bill | $1,231.02  |
| Previous balance          | $941.30    |
| Balance due               | $2,172.32  |

Vena, Riley, Deptula, LLP
250 Summer Street
Boston, MA  02210
Federal Tax ID 04-3572801


Invoice submitted to:
D.F. Pray, Inc.
Scott Pray
25 Anthony Street
Seekonk MA 02771


December 02, 2004

In Reference To:  Sunderland

Invoice #13239


Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 11/12/2004 SFL | Review<br>Review file in preparation for client meeting/organize<br>Sunderland | 0.80<br>155.00/hr | 124.00 |
| 11/15/2004 SFL | Review<br>Review file in preparation to prepare and file notice of<br>depositions/subpoena<br>Sunderland | 1.00<br>155.00/hr | 155.00 |
| 11/22/2004 SFL | Deposition<br>Deposition of Town of Sunderland with schedule A; deposition of<br>Turner with schedule A; research in opposition of motion to dismiss<br>Sunderland | 1.50<br>155.00/hr | 232.50 |
| 11/23/2004 SFL | Telephone call<br>Telephone call with T. McEnaney (town counsel); draft letter to<br>opposing counsel re: interrogatories and review motion of Sunderland<br>to prepare opposition<br>Sunderland | 1.00<br>155.00/hr | 155.00 |
| 11/24/2004 SFL | Review<br>Final review and edits to letter to DH re: interrogatory responses<br>Sunderland | 0.50<br>155.00/hr | 77.50 |
| 11/29/2004 SFL | Other<br>Emergency motion for enlargement of time to file response to summary<br>judgment motion and certification of compliance; phone calls to Tom<br>McEnaney re: motion to enlarge time for filing a response to judgment<br>on pleadings<br>Sunderland | 1.20<br>155.00/hr | 186.00 |

D.F. Pray, Inc.                                                                                          Page    2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/29/2004 | EFV | Telephone call | 0.50 | 147.50 |
|  |  | Telephone call with Ron LePrise; conference call with Scott and Ron Sunderland | 295.00/hr |  |
| 11/30/2004 | SFL | Research | 1.00 | 155.00 |
|  |  | Research on judgment on pleadings Sunderland | 155.00/hr |  |

| For professional services rendered | 7.50 | $1,232.50 |
|---|---|---|

Additional Charges :

| Copying cost | 19.80 |
|---|---|
| Postage | 9.09 |
| Xerox | 107.75 |

| Total costs | $136.64 |
|---|---|

| Total amount of this bill | $1,369.14 |
|---|---|
| Previous balance | $2,172.32 |

| Balance due | $3,541.46 |
|---|---|

Vena, Riley, Deptula, LLP
250 Summer Street
Boston, MA  02210
Federal Tax ID 04-3572801


Invoice submitted to:
D.F. Pray, Inc.
Scott Pray
25 Anthony Street
Seekonk MA 02771


January 05, 2005

In Reference To:  Sunderland

Invoice #13318


Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 12/1/2004 EFV | Other<br>Work on opposition to motion for judgment on pleadings<br>Sunderland | 1.50<br>295.00/hr | 442.50 |
| SFL | Telephone call<br>Telephone call to USDC clerk re: emergency motion; telephone call with T. McEnaney re: deposition of town; research; memo in opposition to judgment on the pleadings<br>Sunderland | 1.50<br>155.00/hr | 232.50 |
| 12/2/2004 SFL | Research<br>Amended complaint and opposition motion research<br>Sunderland | 1.00<br>155.00/hr | 155.00 |
| 12/3/2004 SFL | Research<br>Amended complaint research; brief in opposition to 12(c) draft; review joint scheduling conference; draft of T. McEnaney; draft conference; review correspondence from T. McEnaney re: joint discovery plan; draft joint discovery plan; discussion re: deposition<br>Sunderland | 4.20<br>155.00/hr | 651.00 |
| 12/6/2004 SFL | Other<br>Discussion with T. McEnaney re: motion to amend; opposition to judgment on the pleadings/research; amended complaint<br>Sunderland | 3.20<br>155.00/hr | 496.00 |
| 12/7/2004 SFL | Other<br>Follow-up discussion with T. McEnaney; motion to amend initial draft; inital draft<br>Sunderland | 2.20<br>155.00/hr | 341.00 |

D.F. Pray, Inc.                                                                                Page    2

|                  |          |                                                                                                                                            | Hrs/Rate | Amount |
|------------------|----------|--------------------------------------------------------------------------------------------------------------------------------------------|----------|--------|
| 12/8/2004 SFL    | Telephone call | Telephone call with T. McEnaney re: deposition stay; 1st draft amended complaint complete; 1st draft motion to amend complete; 1st draft opposition to 12c motion complete/review/edit<br>Sunderland | 3.70<br>155.00/hr | 573.50 |
| 12/10/2004 SFL   | Other | Pray opposition cases pulled/research; motion to amend; amend complaint<br>Sunderland | 6.00<br>155.00/hr | 930.00 |
| 12/14/2004 SFL   | Review | Review motion to amend<br>Sunderland | 0.80<br>155.00/hr | 124.00 |
| 12/15/2004 EFV   | Telephone call | Telephone call with Scott; work on opposition to motion for judgment on pleadings<br>Sunderland | 1.10<br>295.00/hr | 324.50 |
|            SFL   | Other | Revisions to motion; additional research fraud 93A<br>Sunderland | 4.00<br>155.00/hr | 620.00 |
| 12/16/2004 EFV   | Review | Review opposition to judgment on pleadings<br>Sunderland | 0.50<br>295.00/hr | 147.50 |
|            SFL   | Research | Opposition brief edits and research<br>Sunderland | 2.00<br>155.00/hr | 310.00 |
| 12/17/2004 EFV   | Other | Work on opposition to motion for judgment<br>Sunderland | 1.50<br>295.00/hr | 442.50 |
|            SFL   | Other | Revisions and edits of opposition to Sunderland's motion; motion to amend memo; amended complaint<br>Sunderland | 6.00<br>155.00/hr | 930.00 |
| 12/20/2004 EFV   | Other | Work on opposition to judgment on pleading<br>Sunderland | 0.70<br>295.00/hr | 206.50 |
|            SFL   | Telephone call | Telephone call to T. McEnaney; motions; opposition to motion; amended complaint; exhibits; memo - motion to amend<br>Sunderland | 5.20<br>155.00/hr | 806.00 |

D.F. Pray, Inc.                                                                                    Page    3

|  |  | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/21/2004 | EFV | Other<br>Edit on opposition to motion for judgment on pleading and motion to amend<br>Sunderland | 0.50<br>295.00/hr | 147.50 |
|  | SFL | Other<br>Motion opposition edits and research re: remand/takings<br>Sunderland | 3.50<br>155.00/hr | 542.50 |
|  | GCD | Other<br>Read memo, check research cases, law review article re: substantive due process for commercial, revise memo<br>Sunderland | 1.50<br>250.00/hr | 375.00 |
| 12/22/2004 | EFV | Preparation<br>Edit brief in opposition to motion for judgment on the pleadings; prepare to file<br>Sunderland | 1.10<br>295.00/hr | 324.50 |
|  | SFL | Other<br>Opposition memo edits; motion for leave edits; memo in support of motion for leave edits; 7.1 compliance letter as to leave to file excess pages and leave to file excess pages letter; research/review - case law - law review; telephone call with T. McEnaney; letter confrims<br>Sunderland | 3.30<br>155.00/hr | 511.50 |
| 12/23/2004 | EFV | Other<br>Finalize and file opposition to judgment on pleadings<br>Sunderland | 0.40<br>295.00/hr | 118.00 |
|  | SFL | Other<br>Final revisions/organization; serve opposition, motion to amend (memo); amended complaint<br>Sunderland | 2.00<br>155.00/hr | 310.00 |
|  | GCD | Other<br>Re-read brief, confer Sam<br>Sunderland | 1.00<br>250.00/hr | 250.00 |

For professional services rendered                                    58.40      $10,311.50

Additional Charges :

Delivery Cost                                                                              30.69

Fax                                                                                        11.00

FedEx                                                                                      18.34

Postage                                                                                     9.38

D.F. Pray, Inc.                                                                    Page      4

|  | Amount |
|---|---|
| Xerox | 223.00 |
| Total costs | $292.41 |
| Total amount of this bill | $10,603.91 |
| Previous balance | $3,541.46 |
| Balance due | $14,145.37 |

Vena, Riley, Deptula, LLP
250 Summer Street
Boston, MA  02210
Federal Tax ID 04-3572801


Invoice submitted to:
D.F. Pray, Inc.
Scott Pray
25 Anthony Street
Seekonk MA 02771


February 10, 2005

In Reference To:  Sunderland

Invoice #13392


Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/10/2005 | EFV | Telephone call<br>Conference call with Scott and Ron re: mediation<br>Sunderland | 0.40<br>295.00/hr | 118.00 |
|  | SFL | Telephone call<br>Telephone call with T. McEnaney re: possible mediation; telephone call with S. Pray, EFV and R. Laprise<br>Sunderland | 0.70<br>155.00/hr | 108.50 |
| 1/14/2005 | SFL | Telephone call<br>Telephone call with Tom McEnaney re: mediation and joint motion to stay court proceedings pending mediation<br>Sunderland | 0.20<br>155.00/hr | 31.00 |
| 1/17/2005 | SFL | Correspondence<br>Email to RL re: mediation and status<br>Sunderland | 0.10<br>155.00/hr | 15.50 |
| 1/20/2005 | SFL | Telephone call<br>Telephone call with T. McEnaney re: joint motion to stay and to discuss mediation dates<br>Sunderland | 0.20<br>155.00/hr | 31.00 |
|  | SFL | Correspondence<br>Email to Jack Spignesi re: dates for mediation<br>Sunderland | 0.20<br>155.00/hr | 31.00 |
| 1/21/2005 | SFL | Other<br>Edits to assented to motion re: stay; telephone call to W. Hutchison re: (7.1) assent to motion; email to T. McEnaney with motion and discussion re: mediation; telephone call to R. Laprise re: mediation | 0.60<br>155.00/hr | 93.00 |

D.F. Pray, Inc.

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | dates<br>Sunderland | | |
| 1/23/2005 | EFV | Telephone call<br>Telephone call with Ron; telephone call with Jack Spignesi; telephone call with Ron<br>Sunderland | 0.60<br>295.00/hr | 177.00 |
| 1/25/2005 | SFL | Correspondence<br>Email to J. Spignesi and T. McEnaney re: dates<br>Sunderland | 0.10<br>155.00/hr | 15.50 |
| 1/26/2005 | SFL | Other<br>Confirmatory email to J. Spignesi and Tom McEnaney confirming 2Feb05 date of conference call<br>Sunderland | 0.10<br>155.00/hr | 15.50 |
| | | For professional services rendered | 3.20 | $636.00 |

Additional Charges :

| | |
|---|---|
| Delivery Cost | 49.40 |
| Service Fee | 34.40 |
| Xerox | 0.75 |
| Total costs | $84.55 |
| Total amount of this bill | $720.55 |
| Previous balance | $14,145.37 |
| Balance due | $14,865.92 |

Vena, Riley, Deptula, LLP
250 Summer Street
Boston, MA  02210
Federal Tax ID 04-3572801


Invoice submitted to:
D.F. Pray, Inc.
Scott Pray
25 Anthony Street
Seekonk MA 02771


March 08, 2005

In Reference To:   Sunderland

Invoice #10014


Professional Services

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 2/2/2005 SFL | Telephone call<br>Telephone call discussion with R. LaPrise re: mediation; conference call with J. Spignesi, T. McEnaney outlining mediation; preparation for call<br>Sunderland | 0.90<br>155.00/hr | 139.50 |
| 2/8/2005 SFL | Review<br>Review of mediation agreement from Jack Spignesi<br>Sunderland | 0.20<br>155.00/hr | 31.00 |
| 2/9/2005 SFL | Other<br>Email to Ron Laprise; letter to RL re: mediation agreement and payment of retainer fee<br>Sunderland | 0.30<br>155.00/hr | 46.50 |
| 2/16/2005 SFL | Telephone call<br>Telephone call with T. McEnaney re: document production request<br>Sunderland | 0.10<br>155.00/hr | 15.50 |
| 2/17/2005 SFL | Telephone call<br>Telephone call with T. McEnaney; document review -  purge of documents for response to document request<br>Sunderland | 2.10<br>155.00/hr | 325.50 |
| 2/18/2005 SFL | Correspondence<br>Letter to T. McEnaney<br>Sunderland | 0.10<br>155.00/hr | 15.50 |

D.F. Pray, Inc.                                                                                          Page    2

|  |  | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/22/2005 | SFL | Correspondence<br>Letter to T. McEnaney serving document production<br>Sunderland | 0.20<br>155.00/hr | 31.00 |
| 2/24/2005 | SFL | Correspondence<br>Email to RL request documents and package for pending mediation;<br>telephone call with Tom McEnaney re: documents<br>Sunderland | 0.40<br>155.00/hr | 62.00 |
| | | For professional services rendered | 4.30 | $666.50 |

Additional Charges :

| | |
|---|---|
| Fax | 2.00 |
| Postage | 1.11 |
| Xerox | 28.75 |
| Total costs | $31.86 |
| Total amount of this bill | $698.36 |
| Previous balance | $14,865.92 |
| Balance due | $15,564.28 |

Vena, Riley, Deptula, LLP
250 Summer Street
Boston, MA  02210
Federal Tax ID 04-3572801


Invoice submitted to:
D.F. Pray, Inc.
Scott Pray
25 Anthony Street
Seekonk MA 02771


March 31, 2005

In Reference To:   Sunderland

Invoice #10066


Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/3/2005 | SFL | Telephone call<br>Telephone call with Tom McEnaney; email RL re: document responses<br>Sunderland | 0.20<br>155.00/hr | 31.00 |
| 3/8/2005 | SFL | Telephone call<br>Telephone call with Hinckley, Allen, Snyder; prepare boxes; documents<br>for HAS; transfer of case; notices of withdrawal<br>Sunderland | 1.00<br>155.00/hr | 155.00 |
| 3/30/2005 | SFL | Other<br>Notice of attorney lien revisions; filing letters<br>Sunderland | 0.50<br>155.00/hr | 77.50 |

| | | | | |
|---|---|---|---|---|
| | For professional services rendered | | 1.70 | $263.50 |

Additional Charges :

| | |
|---|---|
| Xerox | 3.50 |
| Total costs | $3.50 |
| Total amount of this bill | $267.00 |
| Previous balance | $15,564.28 |
| Balance due | $15,831.28 |

Vena, Riley, Deptula, LLP
250 Summer Street
Boston, MA  02210
Federal Tax ID 04-3572801


Invoice submitted to:
D.F. Pray, Inc.
Scott Pray
25 Anthony Street
Seekonk MA 02771


November 03, 2004

In Reference To:  Titan Roofing

Invoice #13142


Professional Services

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 10/21/2004 CAP | Review<br>Review paperwork and complaint; telephone call with counsel re:<br>extension to file answer; draft notice of appearance<br>Titan Roofing | 1.30<br>195.00/hr | 253.50 |
| 10/28/2004 CAP | Review<br>Review file; telephone call R. Laprise; draft answer counterclaim and<br>third-party complaint<br>Titan Roofing | 1.20<br>195.00/hr | 234.00 |
| 10/29/2004 CAP | Other<br>Revise and serve answer counterclaim and third-party complaint<br>Titan Roofing | 1.20<br>195.00/hr | 234.00 |
| | For professional services rendered | 3.70 | $721.50 |
| | Additional Charges : | | |
| | Filing Fee | | 265.00 |
| | Postage | | 1.48 |
| | Xerox | | 5.25 |
| | Total costs | | $271.73 |
| | Total amount of this bill | | $993.23 |

D.F. Pray, Inc.

Page     2

|  | Amount |
|---|---|
| Balance due | $993.23 |

Vena, Riley, Deptula, LLP
250 Summer Street
Boston, MA  02210
Federal Tax ID 04-3572801


Invoice submitted to:
D.F. Pray, Inc.
Scott Pray
25 Anthony Street
Seekonk MA 02771


February 10, 2005

In Reference To:   Titan Roofing

Invoice #13393


Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/5/2005 | SFL | Other<br>Reply to counter-claim of Sunderland (research)<br>Titan Roofing | 0.60<br>155.00/hr | 93.00 |
| 1/6/2005 | CAP | Other<br>Revise and file answer to Sunderland counter-claim and draft answer to cross-claim<br>Titan Roofing | 1.20<br>195.00/hr | 234.00 |
| | | For professional services rendered | 1.80 | $327.00 |

Additional Charges :

| | |
|---|---|
| Postage | 5.40 |
| Xerox | 10.00 |
| Total costs | $15.40 |
| Total amount of this bill | $342.40 |
| Previous balance | $993.23 |
| Balance due | $1,335.63 |

Vena, Riley, Deptula, LLP
250 Summer Street
Boston, MA  02210
Federal Tax ID 04-3572801


Invoice submitted to:
D.F. Pray, Inc.
Scott Pray
25 Anthony Street
Seekonk MA 02771


March 08, 2005

In Reference To:   Capital Carpet and Floorng (Sunderland)

Invoice #10015


Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 2/11/2005 SFL | Telephone call<br>Telephone conversation with T. McEnaney re: third-party complaint;<br>letter/fax to T. McEnaney follow up<br>Capital Carpet and Flooring (Sunderland) | 0.40<br>155.00/hr | 62.00 |
| 2/14/2005 SFL | Other<br>Service of tracking order to T. McEnaney/letter<br>Capital Carpet and Flooring (Sunderland) | 0.20<br>155.00/hr | 31.00 |
| 2/16/2005 SFL | Telephone call<br>Telephone call with Chris re: case status; draft answer to counter-claim<br>and Centennial answer to cross-claim<br>Capital Carpet and Flooring (Sunderland) | 0.80<br>155.00/hr | 124.00 |
| 2/17/2005 SFL | Review<br>Revisions/review/edits to answer to counter-claim and answer to<br>cross-claim and cover letter to court/attorneys<br>Capital Carpet and Flooring (Sunderland) | 0.30<br>155.00/hr | 46.50 |
| | For professional services rendered | 1.70 | $263.50 |

Additional Charges :

| | |
|---|---|
| Delivery Cost | 12.35 |
| Postage | 3.74 |
| Xerox | 51.50 |

D.F. Pray, Inc.                                                          Page    2

|  | Amount |
|---|---|
| Total costs | $67.59 |
| Total amount of this bill | $331.09 |
| Previous balance | $741.93 |
| Balance due | $1,073.02 |

Vena, Riley, Deptula, LLP
250 Summer Street
Boston, MA  02210
Federal Tax ID 04-3572801


Invoice submitted to:
D.F. Pray, Inc.
Scott Pray
25 Anthony Street
Seekonk MA 02771


March 31, 2005

In Reference To:   Capital Carpet and Floorng (Sunderland)

Invoice #10067

Additional Charges :

|  | Amount |
|---|---|
| Service Fee | 44.00 |
| Total costs | $44.00 |
| Previous balance | $1,073.02 |
| Balance due | $1,117.02 |

Vena, Riley, Deptula, LLP
250 Summer Street
Boston, MA  02210
Federal Tax ID 04-3572801


Invoice submitted to:
D.F. Pray, Inc.
Scott Pray
25 Anthony Street
Seekonk MA 02771


January 05, 2005

In Reference To:  Capital Carpet and Floorng (Sunderland)

Invoice #13319


    Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/6/2004 | EFV | Review<br>Review of lawsuit; letter to Don re: case<br>Capital Carpet and Flooring (Sunderland) | 0.50<br>295.00/hr | 147.50 |
| 12/7/2004 | SFL | Telephone call<br>Call to C. Francisco re: answer of Pray<br>Capital Carpet and Flooring (Sunderland) | 0.20<br>155.00/hr | 31.00 |
| 12/9/2004 | SFL | Telephone call<br>Telephone call to C. Francisco re: extension to answer to complaint;<br>follow-up call - extension granted. follow-up letter confirmation<br>conversation<br>Capital Carpet and Flooring (Sunderland) | 0.50<br>155.00/hr | 77.50 |
| 12/29/2004 | EFV | Other<br>Answer and third-party claim<br>Capital Carpet and Flooring (Sunderland) | 0.50<br>295.00/hr | 147.50 |
|  | SFL | Telephone call<br>Telephone call to R. LaPrise re: Pray/Capital Flooring (Sharon Project)<br>Capital Carpet and Flooring (Sunderland) | 0.20<br>155.00/hr | 31.00 |
|  |  | For professional services rendered | 1.90 | $434.50 |

D.F. Pray, Inc.                                                                     Page    2

Additional Charges :

|  | Amount |
|---|---|
| Postage | 0.74 |
| Total costs | $0.74 |
| Total amount of this bill | $435.24 |
| Balance due | $435.24 |

Vena, Riley, Deptula, LLP
250 Summer Street
Boston, MA  02210
Federal Tax ID 04-3572801

Invoice submitted to:
D.F. Pray, Inc.
Scott Pray
25 Anthony Street
Seekonk MA 02771

February 10, 2005

In Reference To:   Capital Carpet and Floorng (Sunderland)

Invoice #13394

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/4/2005 | SFL | Telephone call<br>Telephone call message to R. LaPrise re: (Sunderland Project) matter<br>and answer<br>Capital Carpet and Flooring (Sunderland) | 0.20<br>155.00/hr | 31.00 |
| 1/5/2005 | SFL | Telephone call<br>Telephone call with R. Laprise re: complaint; third-party complaint<br>drafted<br>Capital Carpet and Flooring (Sunderland) | 0.90<br>155.00/hr | 139.50 |
| 1/6/2005 | SFL | Review<br>Review/edits of answer of Centennial (surety); filing letter drafted to<br>clerk<br>Capital Carpet and Flooring (Sunderland) | 0.60<br>155.00/hr | 93.00 |
| | | For professional services rendered | 1.70 | $263.50 |
| | | Additional Charges : | | |
| | | Postage | | 3.69 |
| | | Xerox | | 39.50 |
| | | Total costs | | $43.19 |
| | | Total amount of this bill | | $306.69 |
| | | Previous balance | | $435.24 |

D.F. Pray, Inc.                                                    Page      2

                                                                     Amount

Balance due                                                          $741.93

12/1/2005
12:38 PM

Vena, Riley, Deptula, LLP
Aged A/R Balances

Page    1

## Selection Criteria

| Clie.Classification | Open |
| Client (hand select) | Include: Pray 1; Pray 2; Pray 3 |

| Name | 120+ Days | 90 Days | 60 Days | 30 Days | Current | Balance | Overdue |
|------|-----------|---------|---------|---------|---------|---------|---------|
| Pray 1 | 15831.28 | 0.00 | 0.00 | 0.00 | 0.00 | 15831.28 | 15831.28 |
| Pray 2 | 1335.63 | 0.00 | 0.00 | 0.00 | 0.00 | 1335.63 | 1335.63 |
| Pray 3 | 1117.02 | 0.00 | 0.00 | 0.00 | 0.00 | 1117.02 | 1117.02 |
| Grand Total | 18283.93 | 0.00 | 0.00 | 0.00 | 0.00 | 18283.93 | 18283.93 |