LEONARD KOPELMAN
DONALD G. PAIGE
ELIZABETH A. LANE
JOYCE FRANK
JOHN W. GIORGIO
BARBARA J. SAINT ANDRE
JOEL B. BARD
JOSEPH L. TEHAN, JR.
THERESA M. DOWDY
DEBORAH A. ELIASON
RICHARD BOWEN
DAVID J. DONESKI
JUDITH C. CUTLER
KATHLEEN E. CONNOLLY
DAVID C. JENKINS
MARK R. REICH
BRIAN W. RILEY
DARREN R. KLEIN
JONATHAN M. SILVERSTEIN
ANNE-MARIE M. HYLAND
JASON R. TALERMAN
GEORGE X. PUCCI
WILLIAM HEWIG III
JEANNE S. McKNIGHT
LAUREN F. GOLDBERG
MICHELE E. RANDAZZO

JANET HETHERWICK PUMPHREY
DIRECTOR WESTERN OFFICE

**KOPELMAN AND PAIGE, P. C.**

ATTORNEYS AT LAW

31 ST. JAMES AVENUE

BOSTON, MASSACHUSETTS 02116-4102

(617) 556-0007
FAX (617) 654-1735

LENOX OFFICE
(413) 637-4300

NORTHAMPTON OFFICE
(413) 585-8632

WORCESTER OFFICE
(508) 752-0203

KATHLEEN M. O'DONNELL
PATRICIA A. CANTOR
THOMAS P. LANE, JR.
MARY L. GIORGIO
THOMAS W. MCENANEY
KATHARINE GOREE DOYLE
JEFFREY A. HONIG
GREGG J. CORBO
RICHARD T. HOLLAND
ELIZABETH R. CORBO
MARIA C. ROTA
VICKI S. MARSH
JOHN J. GOLDROSEN
SHIRIN EVERETT
BRIAN E. GLENNON, II
JONATHAN D. EICHMAN
JOSEPH S. FAIR
LAURA H. PAWLE
CAROLYN M. MURRAY
JACKIE COWIN
SARAH N. TURNER
JEFFREY T. BLAKE
BRIAN M. MASER
CAROLYN KELLY MACWILLIAM
ANNE C. ROSENBERG
PETER L. MELLO
KATHERINE L. DAVIDSON
JEFFREY D. UGINO

December 8, 2005

Clerk
U.S. District Court
District of Massachusetts
U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

Re:   D.F. Pray, Inc. v. Town of Sunderland, et al.
      United States District Court C.A. No. 04-11073MLW

Dear Sir/Madam:

Enclosed please find a copy of the Motion to Deposit Disputed Funds in Court filed on October 14, 2005, the November 29, 2005 docket entry indicating that the Motion was allowed, and a check made payable to the Clerk, U.S. District Court in the amount of $18,423.43 relative to the above-referenced matter.

If you have any questions, please do not hesitate to contact me. Thank you for your attention to this matter.

Very truly yours,

Thomas W. McEnaney

TWM/jas
Enc.
cc:   Board of Selectmen
      Joel Lewin, Esq.
      Edward F. Vena, Esq.

267426/SUND/0012

```
TOWN OF SUNDERLAND  VENDOR ACCOUNT                                    12944

NDOR: 002547   CLERK, UNITED STATES DISTRICT    ACCOUNT #:
VOICE NO.     WARRANT DATE    PURCHASE ORDER      AMOUNT
---------     ------------    --------------    ----------       CHECK:   12944
PRAYCASE        12/09/05                          18423.43       DATE: 12/09/05
                                                         TOTAL:     18423.43
```

**TOWN OF SUNDERLAND**
VENDOR ACCOUNT
12 SCHOOL STREET
SUNDERLAND, MA 01375
(413) 665-1444

BANK OF WESTERN MASSACHUSETTS
SPRINGFIELD, MASSACHUSETTS
53-248/116

12944

12944

***18423 DOLLARS AND 43 CENTS

| DATE | AMOUNT |
|---|---|
| 12/09/05 | ****18423.43 |

CLERK, UNITED STATES DISTRICT
COURT

VOID AFTER 90 DAYS

*Herbert J. Sanderson Jr.*
AUTHORIZED SIGNATURE

⑆012944⑆ ⑈011802488⑈ ⑆1536019126⑆