UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-11073-MLW

D.F. PRAY, INC.,

    Plaintiff,

v.

TOWN OF SUNDERLAND, THE H.L. TURNER GROUP, INC., SARA COOPER, and DANA KENNAN,

    Defendants.

## MOTION TO DEPOSIT DISPUTED FUNDS IN COURT

Now come the Defendants, Town of Sunderland, Sara Cooper and Dana Kennan, (hereinafter collectively referred to as the "Municipal Defendants") and hereby respectfully move that this Honorable Court allow the Town to deposit disputed funds in the amount of $18,423.43 in Court pursuant to Fed. R. Civ. P. 67. In support of this Motion, the Municipal Defendants hereby state the following:

1.    On or about March 11, 2005, plaintiff, D.F. Pray, Inc. ("Pray"), replaced its original counsel in this matter, Vena, Riley, Deptula, LLP ("Vena"), with Hinckley, Allen & Snyder, LLP ("HAS").

2.    On or about March 30, 2005, Vena filed a Notice of Attorney's Lien establishing a lien on all proceeds to be derived from any settlement or judgment in favor of Pray. A copy of the Notice of Attorney's Lien is attached hereto as Exhibit A.

3.    On or about October 11, 2005, Pray and the Municipal Defendants reached a settlement in this matter.

4.     In a letter dated September 16, 2005, Vena informed the Municipal Defendants' counsel that its lien was in the amount of $18,423.43. A copy of Vena's September 16, 2005 letter is attached hereto as Exhibit B.

5.     Based on telephone conversations with Vena and HAS the amount due for legal fees to Vena is in dispute.

6.     It is the Municipal Defendants' understanding that Vena and Pray have been unable to reach a resolution concerning the unpaid legal fees in dispute and have not reached an agreement as to which attorney should act as escrow agent until the dispute is resolved.

7.     As the Municipal Defendants are not a party to the dispute concerning the legal fees and attorney's lien and wish to extricate themselves from this matter, the Municipal Defendants hereby request that they be allowed to deposit the disputed funds in Court in accordance with Fed. R. Civ. P. 67.

WHEREFORE, the Municipal Defendants move that this Honorable Court allow this Motion to Deposit Disputed Funds in Court.

TOWN OF SUNDERLAND, SARA COOPER, AND DANA KENNAN,

By their attorneys,

/s/ Thomas W. McEnaney
Jonathan M. Silverstein (BBO# 630431)
Thomas W. McEnaney (BBO# 629130)
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

262505/SUND/0012

## THOMAS MC ENANEY

**From:** ECFnotice@mad.uscourts.gov
**Sent:** Tuesday, November 29, 2005 9:28 AM
**To:** CourtCopy@mad.uscourts.gov
**Subject:** Activity in Case 1:04-cv-11073-MLW D.F. Pray, Inc. v. Town of Sunderland et al "Order on Motion to Deposit Funds"

\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

### United States District Court

### District of Massachusetts

Notice of Electronic Filing

The following transaction was received from O'Leary, Dennis entered on 11/29/2005 at 9:28 AM EST and filed on 11/28/2005
**Case Name:**       D.F. Pray, Inc. v. Town of Sunderland et al
**Case Number:**     1:04-cv-11073
**Filer:**
**WARNING: CASE CLOSED on 11/28/2005**
**Document Number:**

**Docket Text:**
Judge Mark L. Wolf : Electronic ORDER entered granting [42] Motion to Deposit Funds. ALLOWED. Plaintiff shall, by January 6, 2006, report to whom the funds deposited with the court should be paid. (O'Leary, Dennis)

The following document(s) are associated with this transaction:


**1:04-cv-11073 Notice will be electronically mailed to:**

Rhian M.J. Cull    rcull@haslaw.com, bdavis@haslaw.com

David J. Hatem    dhatem@donovanhatem.com

Warren D. Hutchison    whutchison@donovanhatem.com

David C. Jenkins    djenkins@k-plaw.com

Joel Lewin    jlewin@haslaw.com

Thomas W. McEnaney    tmcenaney@k-plaw.com

Jonathan M. Silverstein    jsilverstein@k-plaw.com


11/29/2005

**1:04-cv-11073 Notice will not be electronically mailed to:**

11/29/2005

**1:04-cv-11073 Notice will not be electronically mailed to:**