receipt

CA. 04 - 11073 - MCW

Mon Dec 12 14:58:04 2005

UNITED STATES DISTRICT COURT
Badge

Check Number: 12544

Transaction Type

Case Number: 1:04-cv-11073-MLW

Amount                        $ 16403.43

83 SLADE STREET, BELDE LAND, CA 01075