UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| D.F. PRAY, INC.<br>　　　　　　　Plaintiff,<br>v.<br><br>TOWN OF SUNDERLAND,<br>THE H.L. TURNER GROUP, INC.<br>SARA COOPER and DANA KENNAN,<br>　　　　　　　Defendants. | C.A. No. 04-11073-MLK |

## ASSENTED TO MOTION TO EXTEND TIME FOR D.F. PRAY, INC. TO RESPOND TO THE MOTION OF THE LAW FIRM OF VENA, RILEY DEPTULA LLP TO ENFORCE ATTORNEY LIEN

D.F. Pray, Inc. ("Pray") with the assent of the Law Firm of Vena, Riley Deptula LLP ("VRD") moves to extend the time for Pray to respond to VRD's Motion To Enforce Attorney Lien (the "Motion") up to and including January 13, 2006. As reasons therefore, Pray asserts and avers as follows.

1.　On or about December 2005, VRD filed the Motion seeking to collect fees and costs it claims it incurred during the representation of Pray in the above captioned case.

2.　In late December, Pray retained new counsel, Todd & Weld LLP to represent it and respond to the Motion. Todd & Weld, LLP only recently received the relevant files and has not had adequate opportunity to review all of the relevant documents to respond to the Motion.

3. To allow Todd & Weld LLP adequate time to prepare and avoid any prejudice to Pray, Pray requests an extension to respond up to and including January 13, 2006.

4. VRD has assented to this motion.

Wherefore, for the above reasons, Pray with the assent of VRD requests that the Court extend the time for Pray to respond to the Motion up to and including January 13, 2006.

Assented To:

| VENA, RILEY DEPTULA, LLP | D.F. PRAY, INC. |
|---|---|
| By its attorneys | By its attorneys, |
| /s/ Edward F. Vena | /s/ Richard E. Briansky |
| Edward F. Vena, BBO # 508660 | Christopher Weld, Jr. (BBO #522230) |
| Sabatino F. Leo, BBO# 642302 | Richard E. Briansky, Esq. (BBO# 632709) |
| VENA, RILEY DEPTULA LLP | Todd & Weld LLP |
| 250 Summer Street | 28 State Street, 31st floor |
| Boston, MA 02210 | Boston, Massachusetts 02109 |
| (617) 951-2400 | Phone: (617) 720-2626 |
| | Fax: (617) 227-5777 |
| | rbriansky@toddweld.com |

CERTIFICATE OF SERVICE

I, Richard E. Briansky, hereby certify that this document has been filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

Date: January 5, 2006

/s/ Richard E. Briansky
Richard E. Briansky