UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| D.F.PRAY, INC. | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | C.A. No. 04-CV-11073-MLW |
| TOWN OF SUNDERLAND, | ) | |
| THE H.L. TURNER GROUP, INC., | ) | |
| SARA COOPER and DANA KENNAN | ) | |
| Defendants. | ) | |

## WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of Joel Lewin, Rhian M.J. Cull, and the law firm of
Hinckley, Allen & Snyder, LLP as counsel for Defendant D.F. Pray, Inc. in the above-captioned
action effective immediately.

Respectfully submitted,

**D.F.PRAY, INC. and CENTENNIAL
INSURANCE COMPANY**

By their Attorneys,

_____/s/_____
Joel Lewin, Esq. (BBO #298040)
Rhian M.J. Cull, Esq. (BBO #662035)
HINCKLEY, ALLEN & SNYDER LLP
28 State Street
Boston, MA 02109
Phone: (617) 345-9000
Fax: (617) 345-9020

Dated: January 9, 2005

#566201-B-01