UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| D.F. PRAY, INC.,<br><br>      Plaintiff,<br><br>v.<br><br>TOWN OF SUNDERLAND, THE H.L. TURNER GROUP, INC., SARA COOPER, and DANA KENNAN,<br><br>      Defendants. | C.A. No. 04-CV-11073-MLW |

**ASSENTED -TO MOTION FOR LEAVE OF COURT TO FILE REPLY BRIEF IN RESPONSE TO D.F. PRAY INC.'S OPPOSITION TO MOTION OF THE LAW FIRM OF VENA RILEY DEPTULA LLP TO ENFORCE ATTORNEY LIEN**

Now comes the law firm of Vena, Riley, Deptula LLP (hereinafter "VRD LLP") and hereby moves this Honorable Court for leave of court to file a reply brief in opposition to D.F. Pray, Inc.'s (hereinafter "Pray") Opposition to Motion of the Law Firm of Vena Riley Deptula LLP to Enforce Attorney Lien. VRD LLP submits this motion pursuant to Local Rule 7.1(B)(3).

As grounds for this motion, VRD LLP submits that in the interests of justice it be allowed to respond to matters set forth in Pray's opposition that are critical to VRD LLP. VRD LLP further states that no party will be unfairly prejudiced by the allowance of this motion. VRD LLP asserts a reasonable time for filing its reply to be January 23, 2006. Finally, counsel for Pray, Richard Briansky, Esquire, has indicated his assent to this motion. A true and accurate copy of an email affirming counsel's assent is attached hereto as Exhibit A.

WHEREFORE, the law firm of Vena, Riley, Deptula LLP respectfully requests that this Honorable Court grant this Motion for Leave of Court to File a Reply Brief.

                                                                                   Respectfully submitted,

                                                                                  //s// Sabatino F. Leo
                                                                                  Edward F. Vena, BBO No. 508660
                                                                                  Sabatino F. Leo, BBO No. 642302
                                                                                  VENA, RILEY, DEPTULA, LLP
                                                                                  250 Summer Street
                                                                                  Boston, MA  02210
Dated: January 13, 2006                              (617) 951-2400

Assented to:

//s// Richard E. Briansky
Richard E. Briansky, Esquire
Todd & Weld LLP
28 State Street, 31st Floor
Boston, MA 02109
(617) 720-2626

Dated: January 13, 2006

## CERTIFICATE OF SERVICE

    I, Sabatino F. Leo, hereby certify that this document has been electronically filed with the United States District Court and that courtesy copies will be mailed, via U.S. Mail, postage prepaid, to all counsel of record.

                                                       //s// Sabatino F. Leo
                                                       Sabatino F. Leo, BBO No. 642302