# EXHIBIT A

## Sabatino Leo

| | |
|---|---|
| **From:** | Briansky, Richard [rbriansky@toddweld.com] |
| **Sent:** | Thursday, January 05, 2006 5:29 PM |
| **To:** | Sabatino Leo |
| **Subject:** | Motion to Extend Time.doc |
| **Attachments:** | Motion to Extend Time.doc |

I will not oppose your motion to file a reply brief but I do not want to put it in the Motion. You can use this e-mail as proof of my assent.