UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-11073-MLW

| | |
|---|---|
| D.F. PRAY, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>TOWN OF SUNDERLAND, THE H.L. TURNER GROUP, INC., SARA COOPER, and DANA KENNAN,<br><br>    Defendants. | ASSENTED-TO MOTION<br>TO EXTEND TIME TO FILE<br>REPLY BRIEF IN RESPONSE TO<br>OPPOSITION OF D.F. PRAY TO MOTION<br>TO ENFORCE ATTORNEY LIEN |

Now comes the law firm of Vena, Riley, Deptula LLP (hereinafter "VRD LLP") and hereby moves this Honorable Court for an extension of time file its reply brief in opposition to D.F. Pray, Inc.'s (hereinafter "Pray") Opposition to Motion of the Law Firm of Vena Riley Deptula LLP to Enforce Attorney Lien. VRD LLP respectfully requests an extension of time from January 23, 2006 up to and including February 7, 2006. VRD LLP submits this motion pursuant to Local Rule 7.1(B)(3).

As grounds in support of this motion, VRD LLP states the following:

1.    VRD LLP has moved this Honorable Court to enforce its Attorney's Lien for professional services rendered D.F. Pray, Inc. (hereinafter "Pray") in the pending cause of action. In response thereto, Pray submitted its Opposition.

2.    VRD LLP has since moved this Honorable Court for Leave to file a reply brief in response to said Opposition and has asserted that a reasonable time in which to file a response to be January 23, 2006. Since the filing of the motion for leave up to and including the date of this

motion, undersigned counsel has been inundated with emergency matters rendering him unable to complete his reply on the aforementioned date. In light of this, and in light of the fact that VRD LLP desires to respond to matters set forth in Pray's opposition that are critical to VRD LLP, VRD LLP hereby requests that it be granted an extension of time up to and including February 7, 2006 in which to file it reply.

3. VRD LLP states that the parties will not be prejudiced by the extension as requested;

4. Pray assents to the extension of time as requested in this motion.

WHEREFORE, VRD LLP respectfully requests that this Court ALLOW this motion and issue an ORDER directing the extension of an extension of time for VRD LLP to file its Reply Brief from January 23, 2006 up to and including February 7, 2006.

Respectfully submitted,

//s// Sabatino F. Leo
Edward F. Vena, BBO No. 508660
Sabatino F. Leo, BBO No. 642302
VENA, RILEY, DEPTULA, LLP
250 Summer Street
Boston, MA 02210
Dated: January 23, 2006       (617) 951-2400


Assented to:

//s// Richard E. Briansky
Richard E. Briansky, Esquire
Todd & Weld LLP
28 State Street, 31st Floor
Boston, MA 02109
(617) 720-2626

Dated: January 23, 2006

## **CERTIFICATE OF SERVICE**

    I, Sabatino F. Leo, hereby certify that this document has been electronically filed with the United States District Court and that courtesy copies will be mailed, via U.S. Mail, postage prepaid, to all counsel of record.

                                                //s// Sabatino F. Leo
                                                Sabatino F. Leo, BBO No. 642302