UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO. 04-CV-11073-MLW

|  |  |
|---|---|
| D.F. PRAY, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| TOWN OF SUNDERLAND, THE<br>H.L. TURNER GROUP, INC.,<br>SARA COOPER and<br>DANA KENNAN, | ) |
| Defendants. | ) |

## AFFIDAVIT OF SABATINO F. LEO, ESQ.

I, Sabatino F. Leo, on oath depose and state the following:

1. I am an associate at the law firm of Vena, Riley, Deptula LLP (hereinafter VRD LLP") and counsel for VRD LLP in the existing action to Enforce its Attorneys' Lien.

2. Attached hereto and referenced in VRD LLP's Reply to Opposition of D.F. Pray, Inc. to Motion of VRD LLP to Enforce Attorney's Lien are true accurate copies of the following documents.

   **Exhibit A:**   Correspondence from VRD LLP to Scott Pray dated October, 29, 2004, Notes, Complaint, Jury Demand and accompanying exhibits.

   **Exhibit B:**   Correspondence from D.F. Pray to VRD LLP dated October 29, 2004.

**Exhibit C:**   Facsimile transmission from Edward F. Vena, Esq. dated November 5, 2005.

**Exhibit D:**   Email from Ron Laprise to Sabatino Leo dated January 20, 2005.

**Exhibit E:**   Mediation Agreement and Check submitted by D.F. Pray.

**Exhibit F:**   Release and Settlement Agreement.

**Exhibit G:**   Minutes of Selectmen, September 19, 2005.

**Exhibit H:**   Recorder Article by Diane Broncaccio.

Signed under the Pains and Penalties of Perjury this 7th day of February 2006.

                                                                             //s// Sabatino F. Leo
                                                                             Sabatino F. Leo