UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| D.F. PRAY, INC. <br> Plaintiff, <br> v. <br><br> TOWN OF SUNDERLAND, <br> THE H.L. TURNER GROUP, INC. <br> SARA COOPER and DANA KENNAN, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) C.A. No. 04-11073-MLW <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Please withdraw my appearance on behalf of plaintiff, D.F. Pray, Inc. in this matter.

Richard E. Briansky will continue to be counsel of record for the Plaintiff.

                                              D.F. PRAY, INC.
                                              By its attorneys,

                                              /s/ Christopher Weld
                                              Christopher Weld (BBO #522230)
                                              Todd & Weld LLP
                                              28 State Street, 31st floor
                                              Boston, Massachusetts 02109
                                              Phone: (617) 720-2626
                                              Fax:    (617) 227-5777
                                              cweld@toddweld.com

CERTIFICATE OF SERVICE

I, Christopher Weld, hereby certify that this document has been filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

Date: May 5, 2006

                                              /s/ Christopher Weld
                                              Christopher Weld