UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| D.F. PRAY, INC. <br> Plaintiff, <br> v. <br><br> TOWN OF SUNDERLAND, <br> THE H.L. TURNER GROUP, INC. <br> SARA COOPER and DANA KENNAN, <br><br> Defendants. | C.A. No. 04-11073-MLW |

### NOTICE OF CHANGE OF ADDRESS

Please take notice that counsel for the plaintiff D.F. Pray, Inc. has a new address:

Richard Briansky
Prince, Lobel, Glovsky & Tye
100 Cambridge Street
Boston, MA 02114
(617) 456-8000

D.F. PRAY, INC.
By its attorneys,

  /s/ Richard E. Briansky
Richard E. Briansky, Esq. (BBO# 632709)
Prince, Lobel, Glovsky & Tye
100 Cambridge Street
Boston, MA 02114
(617) 456-8000

CERTIFICATE OF SERVICE

     I, Richard E. Briansky, hereby certify that this document has been filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

Date: May 5, 2006

                                                       /s/ Richard E. Briansky
                                                       Richard E. Briansky